## EXHIBIT LIST

These exhibits will be filed separately by U.S. Mail after the complaint and initiating documents are filed and a case number is assigned.

- **EXHIBIT 1** - "SF-95" Equivalent CLJA Claim Form, Dated 8/17/2022
- **EXHIBIT 2** – Birth Certificate of Andrew U. D. Straw, 3/19/1969. Born at Camp LeJeune Naval Hospital.
- **EXHIBIT 3** – USN Medical Records of Andrew U. D. Straw
- **EXHIBIT 4** – DD-214 of Andrew's Father, Phillip
- **EXHIBIT 5** – Full USN/USMC Service Record of Phillip
- **EXHIBIT 6** – Dr. Bory Letter Diagnosing Andrew with "Schizophrenia" and "Autistic Thinking." 2000
- **EXHIBIT 7** – Letter of Dr. Estrada, Diagnosing Andrew with "Bipolar Disorder" and "Depression." 2014
- **EXHIBIT 8** – Letter of Dr. Shoush, "Bipolar Disorder" and "Psychosis" and "Anxiety." 2015
- **EXHIBIT 9** – Letter from NP Ann Crenshaw, "Bipolar Disorder," "Depression," "Anxiety," and "Migraines." 2016
- **EXHIBIT 10** – Disability Party Journal Article of Andrew Straw, Explaining Lifetime of Suffering from Camp LeJeune Disabilities, 2022
- **EXHIBIT 11** – Affidavit of Leslie C. Tabbada, Home Health Aide to Andrew
- **EXHIBIT 12** – Affidavit of Jason Lee Straw, brother of Andrew
- **EXHIBIT 13** – Administrative claim "perfection letter," 2/10/2023