| CLAIM FOR INJURY OR DEATH | | |
|---|---|---|

**1. Submit To Appropriate Federal Agency:**

OFFICE OF THE JUDGE ADVOCATE GENERAL
TORT CLAIMS UNIT NORFOLK
9620 MARYLAND AVENUE, SUITE 205
NORFOLK, VA 23511-2949

**2. Name, Address of claimant and claimant's attorney, if any.** *(See instructions.)*

Claimant: Andrew Straw, 940 N. Lincoln Street, Apt or Suite, Denver, CO 80203

Attorney: Aimee Wagstaff, 940 N. Lincoln Street, Atty Suite, Denver, CO 80203

| 3. TYPE OF EMPLOYMENT | 4. DATE OF BIRTH | 5. MARITAL STATUS | 6. DATE AND DAY OF ACCIDENT | 7. TIME *(A.M. or P.M.)* |
|---|---|---|---|---|
| MILITARY ☐ CIVILIAN ✓ | 03/19/1969 | Select One | Start 12/01/1968 End 07/31/1970 ✓ Estimated | N/A |

**8a. BASIS OF CLAIM**

Please select your status at the time of exposure to the water at Camp Lejeune. *(Statuses with an asterisk (*) require additional information. For Civilian Military Dependents, provide the full name of your sponsor. For Civilian Employees Working for a Private Company on Base, provide the name of your employer. For In Utero Injuries, provide the full name of your mother, at the time of your birth.)*

Civilian

Additional Information: Father: Phillip U.D. Straw; Mother: Sandra K. Isaacs Straw

**8b. At the time of exposure where did you reside?** *(Check one)* ☐ Tarawa Terrace Housing ☐ Hospital Point Housing ☐ Other On Base Housing ✓ Outside of Camp Lejeune

**8c. At the time of exposure, did you work at the Hadnot Point Industrial Area in Camp Lejeune?** ☐ Yes ☐ No

**8d. Select the Nature of Your Injury.**

Personal Injury Caused by Exposure to Water at Marine Base Camp Lejeune.

**8e. If you selected "Other" in 8d, describe the nature of your injury.**

**9. PROPERTY DAMAGE**

NAME AND ADDRESS OF OWNER, IF OTHER THAN CLAIMANT *(Number, street, city, State, and Zip Code)*

N/A

BRIEFLY DESCRIBE THE PROPERTY, NATURE AND EXTENT OF DAMAGE AND THE LOCATION WHERE PROPERTY MAY BE INSPECTED. *(See instructions on reverse side.)*

N/A

**10. PERSONAL INJURY/WRONGFUL DEATH**

STATE NATURE AND EXTENT OF EACH INJURY OR CAUSE OF DEATH, WHICH FORMS THE BASIS OF THE CLAIM.

*(Check all that apply)*

☐ Bladder Cancer ☐ Multiple Myeloma ☐ Other Kidney Diseases ✓ Other (Please explain)
☐ Kidney Cancer ☐ Parkinson's Disease ☐ Systematic Sclerosis/Scleroderma
☐ Liver Cancer ☐ Non-Hodgkin's Lymphoma
☐ Adult Leukemia ☐ Cardiac Defect ☐ Aplastic Anemia & Other Myelodysplastic Syndromes
☐ Childhood Leukemia

Claimant was diagnosed with a severe infant brain injury and significant neurobehavioral effects amongst other health ailments and issues.

**11. AGENTS AND OTHER REPRESENTATIVES** ✓ I am filing this claim on behalf of myself. *(Skip to Block12)*

| NAME | AGENT CAPACITY AND ADDRESS |
|---|---|
| If you are filing on behalf of an estate or another person, please list your information: Agent First Name / Agent Last Name *(An authorized agent must provide evidence establishing express authority to act for claimant, showing title/legal capacity of person signing with evidence of authority to present a claim. Please attach document with your claim form.)* | Agent Capacity Select One (If Applicable) (* If you are representing an estate provide the date of the claimant's death): Agent Address / Agent Street Address / Agent Suite or Apt / Agent City / Zip / Agent Phone / Agent Email |

**12.** *(See instructions )* **AMOUNT OF CLAIM** *(In dollars)*

| 12a. PROPERTY DAMAGE | 12b. PERSONAL INJURY | 12c. WRONGFUL DEATH | 12d. TOTAL *(Failure to specify may cause forfeiture of your rights.)* |
|---|---|---|---|
| N/A | $ 51,000,000.00 | $ 0.00 | $ 51,000,000.00 |

I CERTIFY THAT THE AMOUNT OF CLAIM COVERS ONLY DAMAGES AND INJURIES CAUSED BY THE ACCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM.

| 13a. SIGNATURE OF CLAIMANT *(See instructions on reverse side.)* | 13b. Phone number of signatory | 14. DATE OF CLAIM *(MMDDYYYY)* |
|---|---|---|
| Andrew U. D. Straw *(Digitally signed)* Aimee H. Wagstaff *(Digitally signed)* | Claimant: Attorney: (303) 376-6360 | 08/17/2022 |
| Claimant (Filing for Self) / Attorney (if applicable) | | |
| **15a. Claimant Email Address** | **15b. Attorney Email Address** awagstaff@wagstafflawfirm.com | |

| CIVIL PENALTY FOR PRESENTING FRAUDULENT CLAIM | CRIMINAL PENALTY FOR PRESENTING FRAUDULENT CLAIM OR MAKING FALSE STATEMENTS |
|---|---|
| The claimant shall forfeit and pay to the United States the sum of $2,000 plus double the amount of damages sustained by the United States. *(See 31 U.S.C. 3729.)* | Fine of not more than $10,000 or imprisonment for not more than 5 years or both. *(See 18 U.S.C. 287, 1001.)* |



**DEPARTMENT OF THE NAVY**
OFFICE OF THE JUDGE ADVOCATE GENERAL
TORT CLAIMS UNIT NORFOLK
9620 MARYLAND AVENUE SUITE 205
NORFOLK VA 23511-2949

5890
Ser CLS23-004519
February 10, 2023

**VIA ELECTRONIC MAIL**

AIMEE WAGSTAFF
WAGSTAFF LAW FIRM
DENVER COLORADO 80203
AWAGSTAFF@WAGSTAFFLAWFIRM.COM

Dear Aimee Wagstaff:

SUBJECT:  CLJA CLAIM SUBMISSION DATED AUGUST 17, 2022
CLJA CLAIMANT:  ANDREW STRAW
DON CLAIM NO.:  CLS23-004519
FIRM FILE NO.:

This letter is in regards to the Personal Injury submission alleging damages caused by exposure to contaminated water at Marine Corps Base Camp Lejeune. The claim was received in this office on August 17, 2022.

The submission has been reviewed and has been determined that it **does** constitute a properly presented claim. At the time of this letter, additional information is not immediately required, however, in accordance with 28 C.F.R. § 14.4 and 32 C.F.R. § 750.27 claimants are required to comply with any future requests for information.

Please take note, if a submission purports to file multiple claims on a single claim form in violation of 32 CFR § 750.6, the additional claim(s) are **not** deemed to be properly presented. For example, if a properly presented claim for personal injuries due to first-hand exposure includes additional facts, circumstances, or allegations that may indicate more than one actionable claim; such as the wrongful death of a spouse, loss of consortium, or damages listed on behalf of a party who is not the named claimant, the additional potential claims will not be considered to be submitted and the two-year statute of limitations will continue to run on the other potentially actionable claims.

Please take further note, if a claim for personal injuries listing either miscarriage or stillbirth is filed, the fetus will be presumed to be non-viable under the laws of North Carolina and the personal injury claim will be deemed to be properly presented. If during the course of the DONs investigation, it is determined that the fetus was viable at the time of death, the claim may be denied.

If you require further assistance, please contact the TCU office by phone at (757) 341-4583 or email at CLclaims@us.navy.mil.

Sincerely,

JENNIFER TENNILE LANGLEY
Department of the Navy
Tort Claims Attorney

cc:        CLCLAIMS@WAGSTAFFLAWFIRM.COM