IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN      DIVISION

No. ___7:23-cv-162-BO___

**FILED**

FEB 21 2023

PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY _____ DEP CLK

)
**ANDREW U. D. STRAW** )
_____ )
)
Plaintiff(s), )        **NOTICE OF SELF-REPRESENTATION**
)
v. )
)
_____ )
**UNITED STATES** )
_____ )
)
Defendant(s). )

I, ___ANDREW U. D. STRAW___ , a Plaintiff/Defendant in the above-captioned matter, hereby enter my appearance as a self-represented party.

Pursuant to Standing Order 18-SO-5, I understand that where the clerk scans and electronically files documents into the court's Case Management/Electronic Case Filing ("CM/ECF") system on my behalf, the filing generates a Notice of Electronic Filing ("NEF") that is served on registered users of CM/ECF in the case. The NEF constitutes service on registered users in the case pursuant to Fed. R. Civ. P. 5(b)(2)(E).

I understand that pursuant to Fed. R. Civ. P. 5(d), I must still serve any non-registered users of CM/ECF in the case with a copy of every paper that I file and file a certificate of service.

I agree that all court papers may be mailed to me by first-class mail at the mailing address I provide on this form. I also agree that if I have completed and submitted a Pro Se Consent & Registration Form to Receive Documents Electronically that all court papers may be emailed to me at the email address I provide on this form.

I have previously submitted a Pro Se Consent & Registration Form to Receive Documents Electronically: **Yes** □ **No** ☑ If Yes, name under which the form was submitted: _____ .

I understand that I am responsible for notifying the court of any change in my contact information and if I obtain representation by an attorney in the future. My contact information is listed on the following page:

My Mailing Address is:

# 712 H ST NE PMB 92403

## Washington      DC      20002
Town/City              State      Zip Code

## (847) 807-5237
Telephone Number (daytime)

andrew@andrewstraw.com

Email address

**February 17, 2023**

Date:

My Street Address (if different from mailing address) is:

## Putok Rd Apt A, Poblacion II

Bauan, Batangas, The Philippines    **PH**    4201
Town/City              State      Zip Code

## +63-966-752-1875
Telephone Number (evening)

Signature

2