IN THE

# United States District Court for the Eastern District of North Carolina

Southern Division

FILED
MAR 28 2023
PETER A. MOORE, JR. CLERK
US DIST. COURT, EDNC
BY ___ DEP CLK

| | | |
|---|---|---|
| **ANDREW U. D. STRAW,** | ) | Case#: 7:23-cv-00162-BO-BM |
| *Plaintiff,* | ) | |
| | ) | Hon. Terrence Boyle |
| v. | ) | Judge Presiding |
| | ) | Hon. Brian Meyers |
| **UNITED STATES OF AMERICA,** | ) | Magistrate Judge |
| *Defendant.* | ) | |
| | ) | JURY TRIAL DEMANDED |

## MOTION FOR PERMISSION TO USE CM/ECF AND EFILE

I, *plaintiff-appellant*, Andrew U. D. Straw, hereby move the Court to allow me to use CM/ECF for my Camp LeJeune Justice Act of 2022 lawsuit here:

### FACTS

1. My PACER account is Number **4175242**.

2. I am an attorney, active in good standing at the Fourth Circuit U.S. Court of Appeals and have been in that status since 1999.

3. I have CM/ECF privileges at the Fourth Circuit as well as several other circuits and district courts.

4. If given this ability to e-file, it will allow me to make filings **using PDFs** rather than paper. This will preserve the URL links that are critical to reaching outside the document to other sources. It is a severe disadvantage not to be able to file fully intact PDFs in their original electronic form.

5. Further, e-filing is free and I am pursuing this matter seeking *IFP*, which means it is an unnecessary burden to ask me to pay for postage, especially for large documents or the many exhibits I will file, which will also be stripped of URLs that occur in the PDF versions.

WHEREFORE, I move the Court to allow me this CM/ECF filing privilege. Please note that granting this relief will moot part of my mandamus petition at the 4th Circuit. *In re Andrew U. D. Straw*, 23-1120 (4th Cir.)

Respectfully submitted this **22st Day of March, 2023.**

Andrew U. D. Straw, *Proceeding Pro Se*
Telephone: (847) 807-5237
Email: andrew@andrewstraw.com
712 H ST NE PMB 92403
Washington, D.C. 20002

## CERTIFICATE OF SERVICE

I, Andrew U. D. Straw, certify that on **March 22, 2023**, I sent this **MOTION** and **PROPOSED ORDER** below to the Clerk of Court via CM/ECF. CM/ECF or the Clerk/U.S. Marshal will serve the defendant upon grant of *IFP* (FRCP Rule 4(c)(3) & 28 U.S.C. § 1915(d)).

Respectfully submitted,



s/ ANDREW U. D. STRAW
712 H ST NE, PMB 92403
Washington, D.C. 20002
Telephone: (847) 807-5237       andrew@andrewstraw.com

2