IN THE

# United States District Court for the Eastern District of North Carolina

Southern Division

| | |
|---|---|
| **ANDREW U. D. STRAW,** *Plaintiff,* | ) Case#: 7:23-cv-00162-BO-BM<br>)<br>) Hon. Terrence Boyle |
| v. | ) Judge Presiding<br>) Hon. Brian Meyers |
| **UNITED STATES OF AMERICA,** *Defendant.* | ) Magistrate Judge<br>) |
| | ) JURY TRIAL DEMANDED |

**ORDER**

The Court, being advised in the premises, hereby

GRANTS / DENIES

Plaintiff permission to use the CM/ECF e-filing facilities of this Court, administered via PACER.gov. PACER#: **4175242**.

It is so ORDERED.

_____     _____
DATE                                                                    Hon.

3