

APR 10 1969

NORTH CAROLINA STATE BOARD OF HEALTH
OFFICE OF VITAL STATISTICS

CLJA EX 1

# CERTIFICATE OF LIVE BIRTH

REGISTRATION DISTRICT NO. 67-00 LOCAL NO. ______ BIRTH NO. - 132 69-020204

| | | | |
|---|---|---|---|
| NAME OF CHILD (First / Middle / Last) 1. ANDREW "U" "D" STRAW | | | SEX 2. MALE |
| THIS BIRTH—SINGLE, TWIN, TRIPLET, ETC. (SPECIFY) 3a. SINGLE | IF NOT SINGLE BIRTH—BORN FIRST, SECOND, THIRD, ETC. (SPECIFY) 3b. | DATE OF BIRTH (Month / Day / Year) 4a. MARCH 19, 1969 | HOUR OF BIRTH 4b. 11:23 A.M. |
| PLACE OF BIRTH — COUNTY 5a. ONSLOW | | USUAL RESIDENCE OF MOTHER — STATE 6a. NORTH CAROLINA | COUNTY 6b. ONSLOW |
| CITY OR TOWN 5b. CAMP LEJEUNE | | CITY OR TOWN 6c. JACKSONVILLE | |
| NAME OF HOSPITAL (If not in hospital, give street and number) 5c. NAVAL HOSPITAL | INSIDE CITY LIMITS (Specify yes or no) 5d. NO | STREET ADDRESS OR R.F.D. NO. 6d. 1243 DAVIS STREET | INSIDE CITY LIMITS (Specify yes or no) 6e. YES |
| NAME OF FATHER (First / Middle / Last) 7a. PHILLIP "U" "D" STRAW | | AGE (at time of this birth) 7b. 22 YEARS | STATE OF BIRTH (If not in U.S.A., name country) 7c. INDIANA |
| MAIDEN NAME OF MOTHER (First / Middle / Last) 8a. SANDRA KAY ISAACS | | AGE (at time of this birth) 8b. 20 YEARS | STATE OF BIRTH (If not in U.S.A., name country) 8c. INDIANA |
| INFORMANT'S NAME 9. SANDRA KAY STRAW | | RELATION TO CHILD 10. MOTHER | HAS MOTHER INSPECTED CERTIFICATE FOR ACCURACY? (Specify yes or no) 11. YES |
| I CERTIFY THAT THE ABOVE NAMED CHILD WAS BORN ALIVE AT THE PLACE AND TIME AND ON THE DATE STATED ABOVE — SIGNATURE 12a. [signature] | | ATTENDANT—M.D., MIDWIFE, OTHER (Specify) 12b. M. D. | DATE SIGNED 12c. MARCH 2? 196? |
| ATTENDANT'S NAME (Type or print) 12d. J. M. REED, LCDR MC USN | | ADDRESS 12e. NAVAL HOSPITAL, CAMP LEJEUNE, N. C. | |
| DATE REC'D BY LOCAL REG. 13. 4/2/69 | SIGNATURE OF REGISTRAR 14. Mrs. L. L. Sutton | DATE NAME ADDED 15. | DATE AMENDED 16. |

I certify that the photocopy on the reverse side is a true copy of the original record filed in the vault of North Carolina Vital Records, N.C. Department of Health and Human Services.

State File Number 1969000202204 35705

Date Issued 03-22-2011

Linda Brinkley
Linda Brinkley
North Carolina State Registrar

Case 7:23-cv-00162-BO-BM Document 9-1 Filed 04/05/23 Page 1 of 19

**DEPARTMENT OF THE NAVY**
HEADQUARTERS UNITED STATES MARINE CORPS
MANPOWER MANAGEMENT RECORDS AND PERFORMANCE BRANCH
2008 ELLIOT ROAD
QUANTICO, VA 22134-5030

CLJA EX 2

1070
MMRP-13/Cong
April 23, 2021

Mr. Andrew Straw
7001 2th Street NW
Ste. 700 PMB 92403
Washington, DC 20005

Dear Mr. Straw:

This is in response to your request addressed to Congresswoman Eleanor Holmes Norton, which has been forwarded to us for reply.

A copy of your father, Phillip Straw's Official Military Personnel File (OMPF) are enclosed.

Sincerely,

K. PAYNE
Human Resources Assistant
Congressional Unit
Records Research and Reconstruction Section
Manpower Management Records and
Performance Branch
By direction of the Commandant of the Marine Corps

Enclosure: 1. OMPF

# RECORD OF SERVICE

Exhibit 2

| ORGANIZATION | DATE | REASON | PRIMARY DUTY | PROFICIENCY (GEN'L MILITARY SUBJECTS) | DUTY | CONDUCT | SIGNATURE OF MARKING OFFICER |
|---|---|---|---|---|---|---|---|
| 1stRTrngBN, RTR MCRDep, SDiego | 27 OCT 1967 | Jd | 9900 RecruitTrng | | | | [signature] ByDir |
| 1stRTrngBn, RTR MCRDep, SDiego | 05 JAN 1968 | Tr | 9900 RecruitTrng | 4.2 | 4.2 | 4.2 | [signature] ByDir |
| CasSecHqCo, 2ndBn 2ndITR, MCB, CamPen | 8Jan 68 | Jd | Msm | | | | 3-68 33272 |
| CasSecHqCo, 2ndBn 2ndITR, MCB, CamPen | 7Jan 68 | Tr | Msm | | | | [signature] ByDir |
| Q Co 2ndBn 2nd T, MCB CamPen Calif | JAN 17 1968 | Jd | DUINS ICT | | | | [signature] ByDir |
| Q Co 2ndBn 2nd T, MCB CamPen Calif | FEB 07 1968 | Tr | DUINS ICT | | 4.1 | 4.1 | [signature] By dir |
| StudMiscAvnCrs MAD,NATTC,JAXFLA. | 3Mar68 | Jd | DUINS AE(A) Scol | | | | [signature] ByDir |
| StudMiscAvnCrs MAD,NATTC,JAXFLA. | 23Aug68 | Tr | DUINS AE(A) Scol | | 4.7 | 4.7 | |
| PermPers MAD,NATTC,JAXFLA. | 24Aug68 | Jd | SUPPORT AE(A) Scol | | | | [signature] ByDir |
| PermPers MAD,NATTC,JAXFLA. | 22Nov68 | Tr | SUPPORT AE(A) Scol | | 4.7 | 4.7 | [signature] ByDir |
| HMH-461, MAG-26 MCAS(H), NR, JAXNC | 19Dec68 | Jd | 6241 A/CElecSys | | | | [signature] ByDir X |
| HMH-461 MAG-26 MCAS New River, JAX NC | 690605 | ToTad | CH-53A Sch | | | | [signature] ByDir |
| HMH-461, MAG-26, MCAS New River, JAXNC | 690704 | Fr | 6241 CH | | | | |
| HMH-461, MCAS, MAG-26 New River, JAXNC | 690704 | To Du | A/CElecSys | | | | [signature] 126-69 ByDir |
| HMH-461, MAG-26 MCAS(H), NR, JAXNC | 690731 | Semi-Ann | A/CElecSys | 4.2 | 4.6 | 4.6 | C.Redman |
| HMH-461 MAG-26 MCAS(H) New River, JAX NC | 691015 | To TAD | Group Guard | | | | [signature] ByDir |
| HMH-461 MAG-26 MCAS(H) ew River, JAX NC | 700110 | To Lv | ANNUAL | | | | |
| HMH-461 MAG-26 MCAS(H) ew River, JAX NC | 700128 | To Du | A/CElecSys | | | | [signature] ByDir |
| HMH-461 MAG-26 MCAS(H) New River, JAX NC | 700131 | SemiAnn | A/CElecSys | 4.2 | 4.7 | 4.7 | C.Redman |
| HMH-461 MAG-26 MCAS(H) New River JAX NC | 700724 | Tr | A/CElecSys | | 4.9 | 4.9 | R.Z.Shinn X |
| 2nd Repl CO, Stag Bn MCB, CamPen Calif | 700822 | Jd | Repl | | | | By Dir |
| (2nd Repl CO, Stag Bn) MCB CamPen Calif | 700916 | Tr | Repl | NOT OBSERVED | | | [signature] By Dir |
| HMH-463, MAG-16, 1stMAW FPO, SFRAN 96602 | 700921 | Jd | 6242 A/CElecSysTech | | | | [signature] ByDir |

NAME (Last): STRAW  (First): PHILLIP  (Middle): U.D.

NAVMC 118(3)-PD (Rev. 6-62) SUPERSEDES PREVIOUS EDITION WHICH WILL BE USED

CONTINUED ON SUPPLEMENTAL PAGE



NATIONAL PERSONNEL RECORDS CENTER
1 ARCHIVES DRIVE   ST LOUIS, MO 63138-1002
www.archives.gov

NATIONAL ARCHIVES

July 7, 2015

CLJA EX 3

ANDREW STRAW
1900 E. GOLF RD, SUITE 950A
SCHAUMBURG, IL 60173

**RE:**  **Veteran's Name: STRAW, Phillip U.d.**
**SSN/SN: ******436**
**Request Number: 2-14068528976**

Dear Recipient:

Thank you for contacting the National Personnel Records Center. We are pleased to respond to your request for the requested Medical Records by providing the enclosed document(s). A search of the files only reflects the enclosed medical records.

The Privacy Act of 1974 does not permit the release of personal information without the authorization of the individual concerned; therefore, if present in the record, personal data pertaining to other individuals have been blacked out.

If you have questions or comments regarding this response, you may contact us at 314-801-0800 or by mail at the address shown in the letterhead above. If you contact us, please reference the Request Number listed above. If you are a veteran, or a deceased veteran's next of kin, please consider submitting your future requests online by visiting us at http://vetrecs.archives.gov.

Sincerely,

DAPHNE MICHAELS
Archives Technician (AFN-MC1D)

**We Value Our Veterans' Privacy**
*Let us know if we have failed to protect it.*

Enclosure(s)

Standard Form 522
Rev. June 1961
Bureau of the Budget
Circular A-32 (Rev.)
0109 201 5002

| CLINICAL RECORD | AUTHORIZATION FOR ADMINISTRATION OF ANESTHESIA AND FOR PERFORMANCE OF OPERATIONS AND OTHER PROCEDURES |

NAME OF MEDICAL FACILITY   U. S. Naval Hospital
Camp Lejeune, North Carolina

DATE  3-19-69

1. I hereby consent to the performance upon myself or (name of patient) _Sandra Straw_

of *Any procedure necessary to deliver my baby*
(State nature of operation or procedure as: "an operation to remove appendix")

and of such additional operations or procedures as are considered necessary or desirable in the judgment of the medical staff of the above-named medical facility.

2. The nature and purpose of the operation, the risks involved, and the possibility of complications have been explained to me. I acknowledge that no guarantee or assurance has been made as to the results that may be obtained.

3. I further consent to the administration of such anesthesia as may be considered necessary or desirable in the judgment of the medical staff of the above-named medical facility, with the exception of

_____
(State "None," or name anesthetic)

4. I also consent to the disposal by authorities of the above-named medical facility of any tissues or parts which it may be necessary to remove.

5. For the purpose of advancing medical knowledge, I consent to the admittance of medical students and other observers, in accordance with ordinary practices of this medical facility, to the use of closed-circuit television, the taking of photographs (including motion pictures), and the preparation of drawings and similar illustrative graphic material, and I also consent to the use of such photographs and other materials for scientific purposes.

(Cross out paragraphs above which are not appropriate.)

Signature of patient  x _Sandra K. Straw_

When patient is incompetent to affix signature:
Signature of person authorized to consent for patient _____

Address _____

Authority to consent _____

WITNESS: Signature _Doris Reid Lp_

Address  U. S. Naval Hospital
Camp Lejeune, North Carolina

City and State _____

PATIENT'S IDENTIFICATION (For typed or written entries give: Name—last, first, middle; grade; date; hospital or medical facility)

23 AUG 48 IND.
STRAW, SANDRA KAY

| REGISTER NO. | WARD NO. |
| | 28 |

AUTHORIZATION FOR ANESTHESIA, OPERATIONS, ETC.
Standard Form 522
522-104

Standard Form 533
Rev. August 1954
Bureau of the Budget
Circular A-22 (Rev.)

# CLINICAL RECORD — PRENATAL AND PREGNANCY

241 5 425            77 78 41

| HUSBAND'S NAME | AGE | GRADE | BIRTHPLACE HUSBAND | DATE OF MARRIAGE |
|---|---|---|---|---|
| Straw Phillip | 03 28 | E3 | Indiana / Indiana (wife) | |

HOME ADDRESS AND PHONE: 5545 108 St Jax Fla / RR 7 Box 222 Elkhart  
DUTY STATION AND PHONE: NAS

| PATIENT'S STATUS | AGE | RACE | RELIGION | GRAVIDA | PARA | AB |
|---|---|---|---|---|---|---|
| D/W | 20 | W | Prot | I | 0 | 0 |

SIGNIFICANT HISTORY:  
SIGNIFICANT FINDINGS: Husband AT  
OBSTETRICAL PROGNOSIS: good  
ADVISE: routine

## PRESENT PREGNANCY

| LAST MENSTRUAL PERIOD | PREVIOUS MENSTRUAL PERIOD | EST. DATE CONFINEMENT | QUICKENING DATE |
|---|---|---|---|
| 26 June 68 | 25 June 1968 | 3 April 69 | |

REMARKS:

| BLEEDING | PAIN | NAUSEA-VOMITING | HEIGHT | USUAL WEIGHT | IDEAL WT. AT TERM |
|---|---|---|---|---|---|
| no | yes | yes + yes | 5-6½ | 116 | 136 |

| DATE | 9/5/68 | 10-3 | 10/31 | 11/21 | 1.16.69 | 2-5 | 2-26 | 3/12 | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| WEIGHT | 119 | 122 | 123½ | 121 | 129½ | 131¼ | 130½ | 136 | | | |
| BLOOD PRESSURE | 120/68 | 114/72 | 98/56 | 102/62 | 124/76 | 120/80 | 120/90 | 110/80 | | | |
| FUNDUS | U-8 | U+3 | | U+1 | 29 | 27 | 27 | | | | |
| POSITION | | | | | Vtx? | Vx | HX | V-x | | | |
| STATION | | | | | Fll | FA | D.w | | | | |
| FETAL HEART | | ? | NH | + | + | + | + | + | | | |
| EDEMA | O | | O | O | | | | | | | |
| DR. (Initials) | SM | RW | CH | SM | M | | | | | | |

| ENTER DATE AND RESULT | INITIAL RBC/WBC | KAHN | Rh | X-RAY | | |
|---|---|---|---|---|---|---|
| | 14.5 43% | | O Neg | PPD - neg | Pap class I | |

## ADDITIONAL FOLLOW-UP

| DATE | COMPLAINT | TREATMENT | PHYSICIAN |
|---|---|---|---|
| | Leaving area in Nov | | 10/3 N N |
| | | | 10/31 N N |
| | copy of 137 | | 11/21 N N |
| 11-21-68 | Leaving area in am. Photostat records sent c patient | on site & B30? | |
| 2/5 | Totw / 1st | | m |

SIGNATURE OF PHYSICIAN: [signature]   DATE: 21 Nov 68  
REGISTER NO.: 390-900  
WARD NO.:

PATIENT'S IDENTIFICATION:
STRAW S K  1675
STRAW 4B
STRAW U LCPL
OCT 71

NAVAL HOSPITAL
Camp Lejeune, N. C. 28542

PRENATAL AND PREGNANCY
Standard Form 533
533-104

# CLINICAL RECORD — PEDIATRIC GRAPHIC CHART

**Standard Form 537**
Revised August 1954
Bureau of the Budget
Circular A-32 (Rev.)

| ADM. DATE / DATE | 3-19-69 | 3-20- | 3-21 | 3-22 | | | |
|---|---|---|---|---|---|---|---|
| DAY OF ILLNESS / POST-OPER. DAY | NB | 1 | 2 | 3 | 4 | | |

Hour markings: 2 6 10 (A.M. / P.M.) across each day.

Marginal notes (left side):
- Born @ 1137
- Length — 19½"
- Head — 13½"
- Chest — 12¾"
- Abd — 12¼"
- 37/8 (?)

Temperature plot peaks ~104° on 3-19 PM, falls to ~97° by 3-21.

Notations on chart:
- "Circumcision" (vertical, 3-21 AM)
- "Head Circ. 13½ ins"
- "6# 13 oz"
- "97⁶"

Lower section:
- n.p.o. 12² / gr x 3 FOOD
- 1 / 2 / 3 ; 1 / 1½
- TOTAL FLUID: 4¼ | B + 1½ oz
- URINE: ✓
- STOOL (DAY): MEC
- MEDICATION, TREATMENT, AND REMARKS:
  - crede KY, Vit K 1 mg, Phisohex bath
  - NB Phys with mother
  - 1st PKU

WARD NO. 3v

PEDIATRIC GRAPHIC CHART
Standard Form 537
537-104
GPO 872-062

390-930 V 19 MAR 69 PROT
D/S LCPL USMC 241 54 25
19 MAR 69 N.C.
STRA#.

# CLINICAL RECORD — NEWBORN

**Standard Form 535**
Revised August 1954
Bureau of the Budget
Circular A-32 (Rev.)

| Field | Value |
|---|---|
| MOTHER'S LAST NAME—FIRST NAME—MIDDLE NAME | Straw, Sandra Kay |
| AGE | 20 |
| RACE | Cauc |
| REGISTER NO. | 390-900 |
| FATHER'S LAST NAME—FIRST NAME—MIDDLE NAME | Straw, Phillip A.D. |
| AGE | 22 |
| EXPECTED DATE OF CONFINEMENT | 4-3-69 |
| MOTHER'S HEALTH PRIOR TO PREGNANCY | app good |
| ABNORMALITIES OF PREVIOUS PREGNANCIES | none |
| GRAVIDA | 1 |
| PARA | 0 |
| STILLBIRTHS | 0 |
| ABORTIONS | 0 |
| LIVING CHILDREN | 0 |
| FATHER'S Rh | A pos |
| MOTHER'S BLOOD GROUP | 0 |
| ANTI Rh | (neg) |
| PAST TRANSFUSION HISTORY | none |
| PRENATAL CARE BY | USNH CLNC |
| LAST MENSTRUAL PERIOD | 6-26-69 |
| SEROLOGY—TREATMENT IF POSITIVE | |
| VIT. K | |
| COMPLICATIONS OF DELIVERY | 0 |

PRENATAL COURSE: Uneventful

ANALGESIA: Nembutal 100 mgm IM @ 0755; Demerol 75 mg / Phenergan 25 mg / IM @ 1010

ANESTHESIA: Saddle

| Field | Value |
|---|---|
| DATE OF BIRTH | 3-19-69 |
| TIME | 1137 |
| METHOD OF DELIVERY | |
| LENGTH OF FIRST STAGE | 5 HRS. 40 MIN. |
| LENGTH OF SECOND STAGE | HRS. MIN. |
| INFANT'S CONDITION AT BIRTH | Apgar 9 |
| | Memb. Rupt. @ 0230, Umb. Art. 2 |
| CHARACTER OF CRY | lusty |
| RESUSCITATION USED | none |
| SUCTION USED | bulb |
| RESPIRATORY STIMULANT USED | none |
| RESPIRATION ESTABLISHED IN | stat MIN. |
| RESPIRATION NORMAL IN | stat MIN. |
| OXYGEN IN DELIVERY ROOM | NO |
| EYE PROPHYLAXIS | $AgNO_3$ |

SIGNATURE OF OBSTETRICIAN: [signature]  DATE: 3-19-69

## INITIAL PHYSICAL EXAMINATION

| | | | | | |
|---|---|---|---|---|---|
| GEN. APPEARANCE ✓ | FACIES ✓ | BIRTH WEIGHT 7-5 | TEMPERATURE 96² | CHARACTER OF CRY ✓ | MEASUREMENTS: LENGTH 19½ / HEAD 13¼ / CHEST 12¾ / ABDOMEN 12¼ |
| BREATHING | CYANOSIS 0 | SKIN ✓ | VERNIX ✓ | SUBCUT. TISSUE ✓ | PALLOR 0 / ICTERUS 0 |
| HEAD | FONTANELLES ✓ | SUTURES | EYES RR++ | EARS ✓ | NOSE ✓ / MOUTH ✓ |
| THROAT | NECK ✓ | CHEST | LUNGS ✓ | HEART Gr III/VI NSR | MURMURS short syst. LLSB sounds nl. |
| ABDOMEN | LIVER ✓ | SPLEEN | CORD ✓ | GENITALS ✓ | ANUS ✓ / MECONIUM ✓ |
| SPINE ✓ | EXTREMITIES Bugrade 4/4 | MUSCLE TONE ✓ | PARALYSES 0 | REFLEXES ✓ | MORO ✓ / JOINTS ✓ |

ABNORMAL FINDINGS ON PHYSICAL EXAMINATION: Gr. III/VI short syst. @ LLSB — ? small VSD

SIGNATURE OF PHYSICIAN: H. Mengerten
DATE: 3/19/69
SEX: male
RACE: Cauc
REGISTER NO.: 390-930

PATIENT'S IDENTIFICATION:
390-930 M 19 MAR 69 PROT
D/S LCPL USMC 241 54 25
19 MAR 69 N.C.
STRAW, Andrew A.D.

NAVAL HOSPITAL
Camp Lejeune, N. C. 28542

NEWBORN
Standard Form 535
535-108

CLNC #D 255   3 18 69

**CONDITION ON DISCHARGE:** (Record any significant physical findings and summarize any unusual observations or therapy during hospitalization.)

Gr. T-11/6? short ngt. ca LLSB

Femorals +/+

? small VSD

Andrew U.D. Straw

**DISCHARGE FEEDING:** (Use progress notes to record unusual feeding behavior)

- [x] BREAST
- [ ] BREAST AND COMPLEMENT
- [ ] FORMULA _____ (Amount) _____ (Number of feedings)

**SPECIFY FORMULA:**

Breast + vits

**FOLLOW-UP**

- [ ] NURSING VISIT ORDERED
- [ ] OFFICE OF PRIVATE PHYSICIAN _____ (Location) _____ (Date)
- [x] REFERRED TO CLINIC WBC (Location) — 6 wks. (Date)
- [ ] SOCIAL SERVICE FOLLOW-UP ADVISED. REFERRED TO _____ (Name of social service agency)

**SIGNATURE OF EXAMINING PHYSICIAN:** H. Mangurten

**DATE OF DISCHARGE:** 3/22/69

**WEIGHT ON DISCHARGE:** 6# 13 ozs

**PROGRESS NOTES** (Sign and date all notes)

3/21/69 CIRCUMCISION 580 Dr. Reed

3-21-69 Head Circ. 13½ ins. Cap.

3-22-69 1st PKU done. CS Defelice, RN

| ITEM | CHECK BY WARD NURSE TO SIGN | TO BE CHECKED BY RECORDS OFFICE RETURN R.O. | REMARKS |
|---|---|---|---|
| 1. COVER SHEET | | | |
| 2. SUMMARY | | | |
| 3. HISTORY I | | | |
| 4. HISTORY II | | | |
| 5. PHYSICAL EXAMINATION | | | |
| 6. DOCTOR'S ORDERS | | | |
| 7. DOCTOR'S PROGRESS NOTES | | | |
| 8. NURSING NOTES | | | |
| 9. CONSULTATIONS | | | |
| 10. LABORATORY REPORTS | | | |
| 11. TISSUE REPORTS | | | |
| 12. OPERATIVE REPORTS | | | |
| 13. ANESTHESIA REPORTS | | | |
| 14. TRANSFUSION RECORD | | | |
| 15. X-RAY REPORTS | | | |
| 16. ELECTROCARDIOGRAMS | | | |
| 17. OPERATIVE PERMITS | | | |
| 18. NEW BORN RECORD | | | |
| 19. PRENATAL RECORD | | | |
| 20. LABOR RECORD | | | |
| 21. ABREVIATED CLINICAL RECORDS | | | |
| 22. AUTOPSY PROTOCOL | | | |
| 23. ADMISSION FORM | | | |
| 24. OTHER FORMS | | | |

SIGNATURE OF WARD NURSE _K. Kohler R.N._  DATE _3-22-69_

NOTE: CHECK ONLY THOSE ITEMS THAT ARE APPLICABLE IN EACH PARTICULAR CASE

FOR PATIENTS AFFAIRS DIVISION ONLY
THIS CHART IS COMPLETE _4/18/69_  SIGNATURE _____
INCOMPLETE _____  DATE _____

CODED

PATIENT'S NAME, RATE, HOSPITAL NUMBER, DATE OF ADMISSION

COMPLETE

25 MAR 1969

390-130 M 19 MAR 69 PROT
D/S LCPL USMC 241 54 85
19 MAR 69 N.C.
STRAW, _Andrew. U.D_

| 1. NAME (Last, first, middle) | 2. REGISTER NO. | 3. ADMISSION DATE (Day, Mo., Yr.) | 4. TIME | 5. DEPENDENT'S ID CARD NO. | 6. EXPIRATION DATE OF DEPENDENT'S ID CARD |
|---|---|---|---|---|---|
| STRAW, Andrew U.D. | 390-930 | 19 MAR 69 | 1123 | N7,051,187 | 25 OCT 71 |

| 7. DATE OF BIRTH (Day, Mo., Yr.) | 8. SEX | 9. RACE | 10. RELIGION | 11. SPECIAL QUALIFICATIONS | 12. SPECIAL QUALIFICATIONS NOW ASSIGNED (Yes or No) | 13. LENGTH OF SERVICE YEARS / MONTHS | 14. RECORDS RECEIVED HR DR SR FR ORD DISLT BAGS |
|---|---|---|---|---|---|---|---|
| 19 MAR 69 N.C. | M | C | PROT | | | | |

| 15. DATE OF ORIGINAL ADMISSION (Day, Mo., Yr.) | 16. DUTY STATION AND LOCATION | 17. TYPE OF ADMISSION | 18. PROFESSIONAL SERVICE ADMITTED TO |
|---|---|---|---|
| 19 MAR 69 | | DIRECT | NURSERY |

| 19. NEXT OF KIN (Name and address) | 20. RELATIONSHIP | 21. TELEPHONE NO. |
|---|---|---|
| PHILLIP STRAW HMH 461 NEW RIVER, N.C. (MCAS) | FATHER | NONE |

| 22. NOTIFY IN CASE OF EMERGENCY (Name and address if not the same as Next of Kin above) | 23. RELATIONSHIP | 24. TELEPHONE NO. |
|---|---|---|
| SAME AS N.O.K. 443 DAVIS ST. JACKSONVILLE, N.C. | SAME AS #20 | 342-5440 |

| 25. DIAGNOSIS (Include anatomic part if applicable) | 26. DIAGNOSIS UNDETERMINED | 27. EPTE |
|---|---|---|
| NEWBORN SINGLE 7lbs 5oz | NO | |

| 28. CIRCUMSTANCE OF ACCIDENT, VIOLENCE, OR POISONING | 29. GEOGRAPHICAL AREA OF INCIDENCE (Complete with Item 28, and for infective and parasitic diseases) |
|---|---|
| CODED | |

| 30. DISPOSITION DATE (Day, Mo., Yr.) | 31. DISPOSITION TO (Where) |
|---|---|
| 3-22-69 | To home c̄ mother |

| 32. NAME (Last, first, middle) | 33. SERVICE NUMBER | 34. RANK/RATE | 35. PATIENT CATEGORY | MC CODE | 36. DESIGNATOR OR OCCUPATIONAL GR. | 37. WARD NO |
|---|---|---|---|---|---|---|
| STRAW, Andrew U.D. | 241 54 25 | LCPL | NEWBORN WITH MOTHER | 1999 | | 30 |



**Personal Growth Associates**

(847) 413-9700
Fax (847) 413-1701

919 N. Plum Grove Rd., Suite C
Schaumburg, IL 60173

820 E. Terra Cotta Ave., #144
Crystal Lake, IL 60014

800 Roosevelt Road
Glen Ellyn, IL 60137

August 20, 2014

Re: Andrew Straw
DOB: 03/19/1969

To whom it may concern:

This is to certify that Andrew U. D. Straw, VSB# 43651, has been evaluated and followed up in this clinic on 4/29/14 and 08/08/2014. By his account and review of previous records, his current working diagnosis is Bipolar Disorder, NOS. In the past he was diagnosed as Bipolar Disorder II, depressed. He has not had any psychiatric hospitalizations in over 4 years. As of writing this he is compliant with taking his medications and is clinically stable. There are no active signs and symptoms of pervasive depressive symptoms, mood instability, mania, psychosis and no suicidal or homicidal ideation. He seems quite productive in his day to day activities.

This is written upon his request and may be used as deemed necessary. Should you have any further questions please feel free to contact this office.

Sincerely,

*[signature]*

Maria Luisa P. Estrada, M.D.
Staff Psychiatrist
Schaumburg



CLJA EX 5

December 30, 2015

Andrew Straw
1900 E Golf Rd
Streamwood IL 60107-1389

Dear Mr. Straw:

You are currently in treatment for bipolar I disorder and anxiety not elsewhere classified. I have seen you twice in clinic. First was 3/10/15 and 10/20/15. Based on information gathered at our appointments it appears you have had a history of recurrent manic episodes with psychotic features in the past, as well as depressive episodes and you have reportedly had several psychiatric hospitalizations in the past as a result of these episodes. Your most recent episode was bipolar depression, and anxiety.

Thank you for including us as members of your health care team. If you have any questions or concerns, please don't hesitate to call.

Sincerely,

, MD

Sittanur Shoush, MD

25 N Winfield Rd
Suite 401
Winfield IL 60190-1295
Phone: 630-933-4200
Fax: 630-933-4210

Page 1 of 1



## Goshen Physicians

Goshen Urgent Care
400 W Lincoln Ave
Goshen, IN 46526-4723
Phone: (574)533-7600
Fax: (574)533-7666

CLJA Ex. 6

07/12/2016

Andrew Straw
1900 E Golf Rd Ste 950
Schaumburg, IL 60173-5034

To whom it may concern,

Andrew Straw is my patient and has 2 service dogs who help him with activities of daily living due to his bipolar disorder, anxiety disorder, depression and migraine headaches. He should be allowed to have them live with him to maintain his health.

Should you require additional information, feel free to contact our office.

Sincerely,

Provider: Ann M. Cuthbert NP  07/12/2016 08:03 AM



CLJA EX 7

**ALEXANDER BORY, PH.D., P.C.**
Board Certified Clinical Psychology

1119 Caroline Street
Fredericksburg, VA 22401
Voice: (540) 371-2251
Fax:   (540) 373-5306

## Psychological Evaluation and Treatment

Patient Name:   Andrew U. D. Straw
Gender:         Male
Age:            31
Date of Birth:  03-19-1969
Date of Report: 06-20-2000

RECEIVED
APR 30 2002
State Board of Law Examiners

### IDENTIFYING INFORMATION:

This patient is a 31 year old married male patient referred through his insurance company, for evaluation and treatment. He was initially seen on 04-28-1999 with weekly individual psychotherapy sessions through the above date. His termination was the result of a combination of no shows for session, non-compliance, an unfortunate resultant breakdown, and finally his move back to Indiana.

### RELEVANT BACKGROUND INFORMATION:

Material contained in this report has been obtained from a variety of sources including the self-reporting of highly emotional and sensitive information. Client responses are often subjective and portray the individual in a very positive fashion, frequently with omissions of information that may be viewed negatively. Unverified or undocumented information from the patient should be viewed as potentially biased toward their personal needs and goals.

### HISTORY OF PRESENT PROBLEM:

His first apparent break occurred on an overseas flight from Virginia to Bologna, when while in flight, he tried to open the aircraft door. He was arrested and involuntarily hospitalized. During the hospital stay, he related frank paranoid thoughts and visual hallucinations. He started to panic in the airplane and wanted to get out. He cleared rapidly with the aid of Haldol 5mg. And was released in the care of his wife, with a diagnosis of Brief Psychotic Disorder, 298.8

He was apparently clear 'till March of '99, when "over the week-end I had an intense experience at a meeting," prompting him again to seek further help. He described problems with stress, uncontrollable temper, work stresses, problems with career choice, sexual problems, problems concentrating, and inferiority feelings. He showed no evidence of psychosis and was on no medication.

## BRIEF PERTINENT HISTORY:

Andrew was from a divorced family growing up in Northern Indiana. He has one younger brother. His parents divorced, an act, for which "I hated him" (referring to his father. His father was a butcher with his own shop, where his mother helped with the books. Andy also worked in the butcher shop as a child. His mother died of cancer and "I miss her terribly." He showed clear evidence of unresolved issues with his mother.

Following graduation from high school, he attended and graduated from IU in English and Political Science. He worked in a group home for one year and returned for a graduate degree in Language Education at IU. He was deeply involved with local politics and continued on to Law at IU from '95 to '97. He was admitted to the Bar in Virginia in 1999.

He met and married an Italian national and has one child. She has an advanced degree in Chinese Language and studies. Their marriage is generally good, though prone to conflicts and arguments both stemming from cultural differences and perceptual issues. Andy tends to misread situations.

## PSYCHOLOGICAL TESTING:

Andy was not tested 'till shortly prior to termination from this service. He was experiencing a marked deterioration, with disturbing delusional thinking and a Minnesota Multiphasic Personality Inventory 2 was administered to him on 05-11-00. The results were clear with elevation on 6 and 8 with a valley of 25 points at 7 as well as an elevation on the 4. Individuals with similar profiles are usually acutely schizophrenic or pre-schizophrenic, typically with paranoid delusions. Depression, emotional inappropriateness, over-ideation and fears and phobias often are present. These people spend much time in daydreams, are shy and anxious, and keep others at a distance. They show difficulty in concentrating, and their thinking is often autistic. The content of these patients' thoughts is almost always uncommon and unconventional. Suspicion, distrust and grandiosity are typical. Behaviorally, these patients are often unpredictable. Most have inner conflicts about sexuality. Paranoid Schizophrenia became a likely diagnosis which was conveyed to his psychiatrist, Dr. Y. Lee.

## MENTAL STATUS EXAMINATION:

Andy was always nicely and appropriately dressed and groomed. He was very verbal and demonstrated a way above average fund of knowledge and vocabulary. His thoughts tended toward the tangential, though he can indeed keep to linear and goal directed with the exception of the times of delusional activity. In the last several weeks, he tended to deteriorate and indeed demonstrate frank paranoia. He refused to take his medication as it slowed him down. Denied suicidal and homicidal ideation. Upon termination, Judgment was felt to be poor with very poor and convoluted insight.

## DIAGNOSTIC IMPRESSIONS:

| Axis | | | |
|---|---|---|---|
| Axis | I | 295.30 | Schizophrenia, paranoid type |
| Axis | II | 799.9 | Deferred |
| Axis | III | | None noted |
| Axis | IV | | work stresses; wife visiting family in Italy |
| Axis | V | 30/80 | |

## CONCLUSIONS AND RECOMMENDATIONS:

In a little over a year of individual psychotherapy, much was gained, as his issues were examined, explored and he felt fully supported. Toward the end of this treatment process, his wife left for Italy on an extended visit to her parents, taking their young child with her. Simultaneously, immigration problems were looming making it possible that she may not be able to permanently return to the US. Again, at this time, Andy became embroiled in some local politics as well as National politics wherein he accosted the Chief Clerk of the Supreme Court. As he revealed this last, I used some unfortunate phraseology (i.e. one gets "cut off at the knees" by powerful individuals like that) to let him know how much political danger he was producing for himself. About one week later, he decided to "fire" me under the guise that I must be having an affair with his wife. I spoke with him several times by phone, and he agreed to take his medications as prescribed by Dr. Lee as well as to attend his next session with me. This last, he did not do, nor did he call to cancel. Under these circumstances, he was terminated from this service.

Alexander Bery, Ph.D., FAClinP
Board Certified Clinical Psychology



**DEPARTMENT OF THE NAVY**
OFFICE OF THE JUDGE ADVOCATE GENERAL
TORT CLAIMS UNIT NORFOLK
9620 MARYLAND AVENUE SUITE 205
NORFOLK VA 23511-2949

**EXHIBIT 8**

5890
Ser CLS23-004519
February 10, 2023

**VIA ELECTRONIC MAIL**



Dea███████████:

SUBJECT:  CLJA CLAIM SUBMISSION DATED AUGUST 17, 2022
CLJA CLAIMANT: ANDREW STRAW
DON CLAIM NO.: CLS23-004519
FIRM FILE NO.:

  This letter is in regards to the Personal Injury submission alleging damages caused by exposure to contaminated water at Marine Corps Base Camp Lejeune. The claim was received in this office on August 17, 2022.

The submission has been reviewed and has been determined that it **does** constitute a properly presented claim. At the time of this letter, additional information is not immediately required, however, in accordance with 28 C.F.R. § 14.4 and 32 C.F.R. § 750.27 claimants are required to comply with any future requests for information.

  Please take note, if a submission purports to file multiple claims on a single claim form in violation of 32 CFR § 750.6, the additional claim(s) are **not** deemed to be properly presented. For example, if a properly presented claim for personal injuries due to first-hand exposure includes additional facts, circumstances, or allegations that may indicate more than one actionable claim; such as the wrongful death of a spouse, loss of consortium, or damages listed on behalf of a party who is not the named claimant, the additional potential claims will not be considered to be submitted and the two-year statute of limitations will continue to run on the other potentially actionable claims.

  Please take further note, if a claim for personal injuries listing either miscarriage or stillbirth is filed, the fetus will be presumed to be non-viable under the laws of North Carolina and the personal injury claim will be deemed to be properly presented. If during the course of the DONs investigation, it is determined that the fetus was viable at the time of death, the claim may be denied.

If you require further assistance, please contact the TCU office by phone at (757) 341-4583 or email at CLclaims@us.navy.mil.

Sincerely,

*J.F. Langley*

JENNIFER TENNILE LANGLEY
Department of the Navy
Tort Claims Attorney

cc: ███████████████████