IN THE

# United States District Court for the Eastern District of North Carolina



FILED
APR 14 2023
PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY_____ DEP CLK

Southern Division

| | |
|---|---|
| ANDREW U. D. STRAW, ) | Case#: 7:23-cv-162-BO-BM |
| *Plaintiff,* ) | |
| ) | Hon. Terrence Boyle |
| v. ) | Judge Presiding |
| ) | Hon. Brian Meyers |
| UNITED STATES OF AMERICA, ) | Magistrate Judge |
| *Defendant.* ) | |
| ) | JURY TRIAL DEMANDED |

## AFFIDAVIT SUPPLEMENTAL FOR ALL PURPOSES

COMES NOW, *pro se Plaintiff* ANDREW U. D. STRAW (hereinafter "Plaintiff"), individually, hereby depose as follows as a Camp LeJeune toxic water victim:

### FACTUAL SUPPORTS FOR OPERATIVE COMPLAINT *INTER ALIA*

1. I have had health problems my entire life and while the government gave me SSDI at $1,386 per month, this does not even barely scratch the surface of the amount of damage here. I have been denied the Camp LeJeune Family Member Program health care over an off-base sleeping address and this has left me with **no way to pay for my cancer screening**, even both my parents had LeJeune torso and brain cancers, so **I may have cancer** in addition to the following.

2. Please review this website I put together for my injuries:

3. http://organs.andrewstraw.com (a true and correct account of injuries)

4. My **health care** and **compensation** as requested should be granted. I also have documentation, but I will add this to the website later.

Further, affiant sayeth not.

I, Andrew U. D. Straw, verify that the above factual contentions and statements are true and correct to the best of my knowledge, information, and belief, on penalty of perjury. Signed: **April 6, 2023**.

Respectfully,

*[signature: Andrew U. D. Straw]*

s/ ANDREW U. D. STRAW

712 H ST NE, PMB 92403
Washington, D.C. 20002
Telephone: (847) 807-5237

andrew@andrewstraw.com

## CERTIFICATE OF SERVICE

I, Andrew U. D. Straw, certify that on **April 6, 2023**, I sent this **AFFIDAVIT**. I sent this affidavit via U.S. Mail with Tracking to the Clerk of Court on **May 2, 2023**. **CM/ECF will serve the defendants when the Clerk scans this document.**

Respectfully submitted,

*[signature: Andrew U. D. Straw]*

s/ ANDREW U. D. STRAW
*Pro Se Plaintiff*
712 H ST NE, PMB 92403
Washington, D.C. 20002
Telephone: (847) 807-5237
andrew@andrewstraw.com