IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:23-cv-162

| | |
|---|---|
| ANDREW U.D. STRAW, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Defendant. | ) |

## UNITED STATES' OPPOSITION TO
## PLAINTIFF'S MOTION FOR RULE 11 SANCTIONS

Defendant United States of America submits the following Opposition to Plaintiff's Motion for Rule 11 Sanctions [Dkt. 39] and respectfully asks the Court to deny the same.

Federal Rule of Civil Procedure 11(c) provides that sanctions are only appropriate if a party violates Rule 11(b). Rule 11(b) provides that, by submitting documents to the Court, a party certifies that, to the best of his knowledge, (1) they are not submitted for an improper purpose; (2) the claims, defenses, and other legal contentions are warranted by existing law or a nonfrivolous argument for extending the law; (3) the factual contentions have evidentiary support; and (4) the denials of factual contentions are warranted on the evidence. *Jones v. Campbell Univ.*, No. 5:20-CV-29, 2021 WL 3053314, at *4 (E.D.N.C Jul. 19, 2021) (Boyle, J.); Fed. R. Civ. P. 11(b). "Motions for sanctions are to be filed sparingly." *Id.* (citation omitted). "Whether to impose sanctions for conduct which violates Rule 11 is within the discretion of the court." *Id.*

Plaintiff's Motion for Rule 11 Sanctions is premised on affirmative defenses pled by the United States, which Plaintiff argues are frivolous or otherwise improper. However, this Court

1

already rejected similar arguments in denying 122 motions to strike affirmative defenses. *See*, *e.g.*, June 26, 2023, Text Order, *Akers v. United States*, Case No. 7:23-cv-00120-BO ("[A]t this stage in the overall Camp Lejeune Justice Act proceedings, the Court will not strike any affirmative defenses at this time.") (Boyle, J.). Thus, Plaintiff's Motion for Rule 11 Sanctions is legally incorrect and lacks merit.

In reality, Plaintiff's Motion for Rule 11 Sanctions constitutes yet another filing seemingly intended to harass or threaten counsel for the United States for taking any legal position other than satisfying his demand for over $100 million. *See*, *e.g.*, Motion to Exclude DOJ Attorneys, Dkt. 8; Motion to Exclude Mr. Haroon Anwar, Dkt. 23; Emails from Plaintiff to DOJ Counsel, Dkt.28-1; *see also Matter of Straw*, 68 N.E.3d 1070, 1071 (Ind. 2017) ("The first case, *Straw v. Kloecker*, arose from a defamation lawsuit Respondent had filed on his own behalf against a publishing company. After opposing counsel sought information from Respondent, Respondent sued opposing counsel in federal court, alleging racketeering activity and seeking $15,000,000 in damages and injunctive relief. The District Court dismissed Respondent's lawsuit as frivolous."); *Straw v. U.S. Dep't of State*, No. 19-cv-2294, 2020 WL 2490022, at *1 n.1 (D. Md. May 14, 2020) ("A cursory search on Westlaw reveals Mr. Straw to be a prolific if unsuccessful litigator. He is identified as a plaintiff in over fifty judicial opinions . . . [n]otably, the Indiana Supreme Court disciplined Mr. Straw in 2017 for filing frivolous cases, suspending his law license for 180 days. It appears that plaintiff's Indiana law license remains suspended.") (citations omitted).

Accordingly, Plaintiff's Motion for Rule 11 Sanctions should be denied.

DATED this 1st day of September, 2023.

Respectfully submitted,

BRIAN BOYNTON
Principal Deputy Assistant Attorney General
Civil Division

J. PATRICK GLYNN
Director, Torts Branch
Environmental Torts Litigation Section

BRIDGET BAILEY LIPSCOMB
Assistant Director, Torts Branch
Environmental Torts Litigation Section

ADAM BAIN
Senior Trial Counsel, Torts Branch
Environmental Torts Litigation Section

HAROON ANWAR
ELIZABETH PLATT
ALLISON M. O'LEARY
CINDY M. HURT
Trial Attorneys, Torts Branch
Environmental Torts Litigation Section

*/s/ Patrick J. Ryan*
PATRICK J. RYAN
Trial Attorney, Torts Branch
Environmental Torts Litigation Section
U.S. Department of Justice
P.O. Box 340, Ben Franklin Station
Washington, D.C. 20044
E-mail: Patrick.J.Ryan@usdoj.gov
Telephone: (202) 307-5842
Fax: (202) 616-4473

Attorney inquiries to DOJ regarding the
Camp Lejeune Justice Act:
(202) 353-4426

## CERTIFICATE OF SERVICE

I hereby certify that on September 1, 2023, a copy of the foregoing United States' Opposition to Plaintiff's Motion for Rule 11 Sanctions filed and served through the Court's ECF system.

*/s/ Patrick J. Ryan*
PATRICK J. RYAN