IN THE

# United States District Court for the Eastern District of North Carolina

Southern Division

| | |
|---|---|
| ANDREW U. D. STRAW, <br> *Plaintiff,* <br><br> v. <br><br> UNITED STATES OF AMERICA, <br> *Defendant.* | Case#: 7:23-cv-162-BO-BM <br><br> Hon. Terrence Boyle <br> Judge Presiding <br> Hon. Brian Meyers <br> Magistrate Judge <br><br> JURY TRIAL DEMANDED |

### LETTER TO THE COURT ON CONTINUING CONTAMINATION AFTER 1987 AT CAMP LEJEUNE

COMES NOW, *pro se Plaintiff* ANDREW U. D. STRAW (hereinafter "Plaintiff"), individually, hereby make this **LETTER** to edify on the much wider contamination:

### FACTS

1. The Camp LeJeune Justice Act of 2022, SEC. 804 of the PACT Act set a 1953-1987 window for allowing claims.

2. We know that this same group was denied in MDL-2218 using a variety of defenses, such as *Feres* doctrine and the N.C. Statute of Repose.

3. What exactly changed in 1987 by "capping the wells?" The water going through the pipes may have improved in quality to a usable level.

4. That simple change is being touted as a reason to set a time limit in CLJA.

5. But I believe Congress was deceived. The base was still toxic in 1988 whether the tap water was better or not. All the toxins were still on the base and EPA

quietly began engaging in a hundreds of cleanup actions that were not limited to drinking water wells. There was contamination all over the base, seeping into buildings as gases, for instance, and we have proof of it in the EPA's cleanup webpage. Exhibit Attached.

6. Congress may have been deceived into limiting the time span with the deceptive statement of "the drinking water wells that were contaminated were capped in 1987." *See* https://clnr.hqi.usmc.mil/

7. Some are saying that the 1953-1987 exposure victims covered by CLJA should have a database. I think that's a great idea. This will allow statistical analysis to be done to show whether certain diseases are more frequent in this group and thus compensable, as one measure of association, equipoise causation.

8. I see no reason for such a database to exclude allowing others present or stationed at Camp LeJeune from 1988 forwards also being allowed to enter their data. It does not cost any extra and it would allow Congress to revisit the 1987 deadline if health problems continued to be caused by Camp LeJeune, still being used long after 1987. It is being used today.

9. The military misdirects people by calling it "historic water." As if the people being made sick by the toxins still present at that base are somehow left to flounder like the earlier victims in a sea of unfair DOJ defenses.

10. Somebody exposed and injured in 1988 or 1989, the year the EPA turned the **whole base** into a **Superfund site**, will run into the same defenses used by the

DOJ and Navy in MDL-2218 that CLJA overturns for some. *Feres*. The Statute of Repose of North Carolina, various immunity arguments, and so on.

11. I suspect that Camp LeJeune, with all those remediations listed by the EPA over the past 35 years, **caused more injuries**.

12. Those victims when opposed will wait years, again, until Congress acts.

13. This is not about "historic drinking water." It is about **a base contaminated, everywhere**, with hundreds of remediations all over the base.

14. Like with the 9/11 compensation, www.vcf.gov, the deadline here is likely to be expanded beyond August 10, 2024. In all fairness, it should be 2090, just like 9/11 toxic dust victims. Congress needs to take care of that.

15. Congress also needs to be informed that the toxic exposure and injuries from Camp LeJeune extended well beyond 1987 because it was never just about the water. The toxic water is just an easy thing to point to when **this base is a Superfund site** where babies are being born, children are going to school, and the government is in a longstanding pattern of lying and delaying justice.

16. **CLJA should not have any end date.** The 1987 "well capping" is a false flag, generated by those who want to deny and delay as they have always done. If someone present there after 1987 can prove a condition associated with the hundreds of different toxins in the soil, water, and air, injury in 2023 is just as painful as being poisoned in 1968. Another task for Congress, expanding this Act so that it provides **Camp LeJeune Justice** fully and completely, not piecemeal.

3

WHEREFORE, I make this **LETTER** simply to inform the Court that this problem is much bigger than the government reveals and to simply suggest that the database of victims here and their conditions should allow those present after 1987 to also enter their data and evidence, even if CLJA compensation is not available to them, yet.

I, *pro se plaintiff* Andrew U. D. Straw, verify that the above factual contentions and statements are true and correct to the best of my knowledge, information, and belief, on penalty of perjury. Signed: **August 27, 2023.**

Respectfully,

*/s/ Andrew U. D. Straw/*

s/ ANDREW U. D. STRAW

712 H ST NE, PMB 92403
Washington, D.C. 20002
Telephone: (847) 807-5237
andrew@andrewstraw.com

## CERTIFICATE OF SERVICE

I, Andrew U. D. Straw, certify that on **August 27, 2023**, I sent this **NOTICE**. I sent this document via U.S. Mail to the Clerk of Court on **August 27, 2023**. CM/ECF will serve the defendants when the Clerk scans this document.

Respectfully submitted,

*/s/ Andrew U. D. Straw/*

s/ ANDREW U. D. STRAW
*Pro Se Plaintiff*
712 H ST NE, PMB 92403　　　　　　　　　　Telephone: (847) 807-5237
Washington, D.C. 20002　　　　　　　　　　　andrew@andrewstraw.com

## CAMP LEJEUNE MILITARY RES. (USNAVY) ONSLOW COUNTY, NC

# Cleanup Progress

### On this page:

- Site Milestones
- Cleanup Schedule by Operable Unit

Cleaning up Superfund sites is a complex, multi-phase process. Learn more:

- Superfund Cleanup Process
- A community guide to EPA's Superfund program (PDF) (12 pp, 454 KB)

## Site Milestones

| Milestone | Date(s) |
|---|---|
| Initial Assessment Completed | 02/15/1988 |
| Proposed to the National Priorities List | 06/24/1988 |
| Finalized on the National Priorities List | 10/04/1989 |
| Remedial Investigation Started | 06/28/1990 |
| Remedy Selected | 09/23/1992 |
| Final Remedy Selected | Estimated Oct - Dec 2024 |
| Remedial Action Started | 09/30/1993 |
| Final Remedial Action Started | 08/10/2020 |
| Construction Completed | Not Yet Achieved |
| Deleted from National Priorities List | Not Yet Achieved |
| Most Recent Five-Year Review | 08/31/2020 |
| Achieved Sitewide Ready for Anticipated Reuse | Not Yet Achieved |

# Cleanup Schedule by Operable Unit

During cleanup, a site can be divided into a number of distinct areas depending on its complexity. These areas, called operable units (OUs), may address geographic areas, specific problems, or areas where a specific action is required. Examples of typical operable units include construction of a groundwater pump and treatment system or construction of a cap over a landfill.

Select an operable unit. After making a selection, press go to filter the table by operable unit.

| All OUs | Go |

Search: Search All Columns

| Milestone | Start Date | Completion Date |
|---|---|---|
| **OU 00 - SITEWIDE** | | |
| Five-Year Review *(Federal Facility Performed, EPA Oversight)* | | 11/29/1999 |
| Five-Year Review *(Federal Facility Performed, EPA Oversight)* | | 03/24/2005 |
| Five-Year Review *(Federal Facility Performed, EPA Oversight)* | | 09/30/2010 |
| Five-Year Review *(Federal Facility Performed, EPA Oversight)* | | 09/16/2015 |
| Five-Year Review *(Federal Facility Performed, EPA Oversight)* | | 08/31/2020 |
| Five-Year Review | | Estimated Sep - Nov 2025 |
| **OU 01 - SHALLOW ACQUIFER (HPIA)** | | |
| Combined Remedial Investigation/Feasibility Study *(Federal Facility Performed, EPA Oversight)* | 03/01/1991 | 09/23/1992 |
| Record of Decision *(Federal Facility Performed, EPA Oversight)* | | 09/23/1992 |
| Remedial Design *(Federal Facility Performed, EPA Oversight)* | 09/30/1992 | 06/23/1993 |

| Milestone | Start Date | Completion Date |
|---|---|---|
| Remedial Action *(Federal Facility Performed, EPA Oversight)* | 09/30/1993 | 06/30/1995 |
| **OU 02 - SITE 21, 24, 78 (HIPA)** | | |
| Remedial Investigation | Estimated Mar - May 2024 | Estimated Mar - May 2025 |
| Combined Remedial Investigation/Feasibility Study *(Federal Facility Performed, EPA Oversight)* | 03/01/1991 | 09/15/1994 |
| Record of Decision *(Federal Facility Performed, EPA Oversight)* | | 09/15/1994 |
| Remedial Design *(Federal Facility Performed, EPA Oversight)* | 08/15/1994 | 11/11/1994 |
| Remedial Action *(Federal Facility Performed, EPA Oversight)* | 03/20/1995 | 02/13/1997 |
| **OU 03 - SITE 6, 9, & 82** | | |
| Removal *(Federal Facility Performed, EPA Oversight)* | 11/22/1993 | 02/28/1995 |
| Remedial Investigation | Estimated Mar - May 2024 | Estimated Mar - May 2025 |
| Combined Remedial Investigation/Feasibility Study *(Federal Facility Performed, EPA Oversight)* | 06/28/1990 | 09/24/1993 |
| Record of Decision *(Federal Facility Performed, EPA Oversight)* | | 09/24/1993 |
| Explanation of Significant Differences *(Federal Facility Performed, EPA Oversight)* | | 04/04/2017 |
| Remedial Design *(Federal Facility Performed, EPA Oversight)* | 10/25/1993 | 09/30/1994 |
| Remedial Action *(Federal Facility Performed, EPA Oversight)* | 01/27/1995 | 10/09/1996 |

| Milestone | Start Date | Completion Date |
|---|---|---|
| **OU 04 - SITE 48** | | |
| Combined Remedial Investigation/Feasibility Study *(Federal Facility Performed, EPA Oversight)* | 10/04/1990 | 09/10/1993 |
| Record of Decision *(Federal Facility Performed, EPA Oversight)* | | 09/10/1993 |
| **OU 05 - SITE 74, 41** | | |
| Combined Remedial Investigation/Feasibility Study *(Federal Facility Performed, EPA Oversight)* | 08/21/1991 | 12/05/1995 |
| Record of Decision *(Federal Facility Performed, EPA Oversight)* | | 12/05/1995 |
| Remedial Design *(Federal Facility Performed, EPA Oversight)* | 03/25/1996 | 08/30/1996 |
| Remedial Action *(Federal Facility Performed, EPA Oversight)* | 08/30/1996 | 08/03/2006 |
| **OU 06 - SITE 2** | | |
| Removal *(Federal Facility Performed, EPA Oversight)* | 06/01/1994 | 01/30/1995 |
| Combined Remedial Investigation/Feasibility Study *(Federal Facility Performed, EPA Oversight)* | 09/29/1992 | 09/15/1994 |
| Record of Decision *(Federal Facility Performed, EPA Oversight)* | | 09/15/1994 |
| Remedial Design *(Federal Facility Performed, EPA Oversight)* | 12/28/1994 | 11/07/1995 |
| Remedial Action *(Federal Facility Performed, EPA Oversight)* | 02/29/1996 | 02/29/1996 |
| Remedial Action *(Federal Facility Performed, EPA Oversight)* | 02/29/1996* | 11/10/2008 |

| Milestone | Start Date | Completion Date |
|---|---|---|
| **OU 07 - SITES 36,43,44,54** | | |
| Removal *(Federal Facility Performed, EPA Oversight)* | 05/19/1995 | 07/15/1995 |
| Removal *(Federal Facility Performed, EPA Oversight)* | 09/04/1997 | 09/29/1997 |
| Removal *(Federal Facility Performed, EPA Oversight)* | 03/21/2001 | 04/14/2001 |
| Remedial Investigation *(Federal Facility Performed, EPA Oversight)* | 06/15/2023 | Estimated Sep - Nov 2024 |
| Remedial Investigation | Estimated Dec 2023 - Feb 2024 | Estimated Dec 2024 - Feb 2025 |
| Combined Remedial Investigation/Feasibility Study *(Federal Facility Performed, EPA Oversight)* | 06/08/1994 | 07/06/2005 |
| Record of Decision *(Federal Facility Performed, EPA Oversight)* | | 07/06/2005 |
| Remedial Design *(Federal Facility Performed, EPA Oversight)* | 08/09/2005 | 09/22/2005 |
| Remedial Action *(Federal Facility Performed, EPA Oversight)* | 08/01/2005 | 08/27/2007 |
| **OU 08 - SITES 1, 28,& 30** | | |
| Combined Remedial Investigation/Feasibility Study *(Federal Facility Performed, EPA Oversight)* | 06/30/1993 | 10/09/1996 |
| Record of Decision *(Federal Facility Performed, EPA Oversight)* | | 10/09/1996 |
| Remedial Design *(Federal Facility Performed, EPA Oversight)* | 04/15/1997 | 04/15/1997 |
| Remedial Action *(Federal Facility Performed, EPA Oversight)* | 07/31/1997 | 09/16/2002 |

| Milestone | Start Date | Completion Date |
|---|---|---|
| **OU 09 - SITE 16** | | |
| Combined Remedial Investigation/Feasibility Study *(Federal Facility Performed, EPA Oversight)* | 12/02/1991 | 08/23/1996 |
| Record of Decision *(Federal Facility Performed, EPA Oversight)* | | 08/23/1996 |
| **OU 10 - SITE 65** | | |
| Combined Remedial Investigation/Feasibility Study *(Federal Facility Performed, EPA Oversight)* | 04/13/1992 | 09/28/2001 |
| Record of Decision *(Federal Facility Performed, EPA Oversight)* | | 09/28/2001 |
| **OU 11 - SITE 35** | | |
| Combined Remedial Investigation/Feasibility Study *(Federal Facility Performed, EPA Oversight)* | 06/30/1993 | 09/22/1995 |
| Record of Decision *(Federal Facility Performed, EPA Oversight)* | | 09/15/1994 |
| Record of Decision *(Federal Facility Performed, EPA Oversight)* | | 09/22/1995 |
| Record of Decision *(Federal Facility Performed, EPA Oversight)* | | 11/16/2009 |
| Remedial Design *(Federal Facility Performed, EPA Oversight)* | 10/11/1994 | 12/22/1994 |
| Remedial Design *(Federal Facility Performed, EPA Oversight)* | 02/10/1997 | 08/18/1997 |
| Remedial Design *(Federal Facility Performed, EPA Oversight)* | 12/04/2009 | 05/28/2010 |
| Remedial Action *(Federal Facility Performed, EPA Oversight)* | 07/21/1995 | 12/05/1995 |

| Milestone | Start Date | Completion Date |
|---|---|---|
| Remedial Action *(Federal Facility Performed, EPA Oversight)* | 08/04/2010 | 07/21/2011 |
| **OU 12 - SITE 7 & 80** | | |
| Removal *(Federal Facility Performed, EPA Oversight)* | 12/15/1995 | 09/30/1996 |
| Combined Remedial Investigation/Feasibility Study *(Federal Facility Performed, EPA Oversight)* | 04/04/1994 | 01/20/1998 |
| Record of Decision *(Federal Facility Performed, EPA Oversight)* | | 01/20/1998 |
| Record of Decision *(Federal Facility Performed, EPA Oversight)* | | 10/16/2012 |
| **OU 13 - SITE 3** | | |
| Combined Remedial Investigation/Feasibility Study *(Federal Facility Performed, EPA Oversight)* | 04/04/1994 | 05/15/1997 |
| Record of Decision *(Federal Facility Performed, EPA Oversight)* | | 05/15/1997 |
| Record of Decision Amendment *(Federal Facility Performed, EPA Oversight)* | | 06/20/2000 |
| Remedial Design *(Federal Facility Performed, EPA Oversight)* | 08/27/1997 | 03/31/1998 |
| Remedial Design *(Federal Facility Performed, EPA Oversight)* | 04/09/1998 | 01/25/1999 |
| Remedial Action *(Federal Facility Performed, EPA Oversight)* | 06/18/2000 | 04/16/2001 |
| Operation and Maintenance *(Federal Facility Performed, EPA Oversight)* | 04/16/2001 | Estimated Jun - Aug 2025 |
| **OU 14 - SITE 63** | | |

| Milestone | Start Date | Completion Date |
|---|---|---|
| Combined Remedial Investigation/Feasibility Study *(Federal Facility Performed, EPA Oversight)* | 06/23/1995 | 05/15/1997 |
| Record of Decision *(Federal Facility Performed, EPA Oversight)* | | 05/15/1997 |
| **OU 15 - SITE 69** | | |
| Combined Remedial Investigation/Feasibility Study *(Federal Facility Performed, EPA Oversight)* | 08/21/1991 | 09/27/2000 |
| Combined Remedial Investigation/Feasibility Study *(Federal Facility Performed, EPA Oversight)* | 12/01/2011 | 06/25/2013 |
| Record of Decision *(Federal Facility Performed, EPA Oversight)* | | 09/27/2000 |
| Record of Decision *(Federal Facility Performed, EPA Oversight)* | | 06/25/2013 |
| Remedial Action *(Federal Facility Performed, EPA Oversight)* | 10/22/2000 | 09/30/2001 |
| Remedial Action *(Federal Facility Performed, EPA Oversight)* | 12/09/2013 | 09/17/2015 |
| **OU 16 - SITE 88** | | |
| Removal *(Federal Facility Performed, EPA Oversight)* | 11/19/1995 | 09/30/1996 |
| Removal *(Federal Facility Performed, EPA Oversight)* | 03/22/1996 | 09/30/1996 |
| Combined Remedial Investigation/Feasibility Study *(Federal Facility Performed, EPA Oversight)* | 02/21/1997 | 05/23/2019 |
| Record of Decision *(Federal Facility Performed, EPA Oversight)* | | 05/23/2019 |

| Milestone | Start Date | Completion Date |
|---|---|---|
| Remedial Design *(Federal Facility Performed, EPA Oversight)* | 02/11/2020 | 07/23/2020 |
| Remedial Action *(Federal Facility Performed, EPA Oversight)* | 08/10/2020 | 07/11/2023 |
| **OU 17 - SITE 89, 93** | | |
| Removal *(Federal Facility Performed, EPA Oversight)* | 06/22/2000 | 09/28/2001 |
| Combined Remedial Investigation/Feasibility Study *(Federal Facility Performed, EPA Oversight)* | 04/07/1997 | 10/02/2006 |
| Combined Remedial Investigation/Feasibility Study *(Federal Facility Performed, EPA Oversight)* | 04/07/1997 | 12/16/2012 |
| Record of Decision *(Federal Facility Performed, EPA Oversight)* | | 10/02/2006 |
| Record of Decision *(Federal Facility Performed, EPA Oversight)* | | 12/16/2012 |
| Remedial Design *(Federal Facility Performed, EPA Oversight)* | 08/31/2006 | 11/30/2006 |
| Remedial Design *(Federal Facility Performed, EPA Oversight)* | 09/07/2006 | 10/02/2006 |
| Remedial Design *(Federal Facility Performed, EPA Oversight)* | 09/21/2012 | 11/07/2012 |
| Remedial Action *(Federal Facility Performed, EPA Oversight)* | 10/24/2006 | 09/10/2009 |
| Remedial Action *(Federal Facility Performed, EPA Oversight)* | 03/03/2013 | 10/10/2014 |
| **OU 18 - SITE 90, 91, 92** | | |
| Combined Remedial Investigation/Feasibility Study *(Federal Facility Performed, EPA Oversight)* | 02/21/1997 | 09/28/2001 |

| Milestone | Start Date | Completion Date |
|---|---|---|
| Record of Decision *(Federal Facility Performed, EPA Oversight)* | | 09/28/2001 |
| **OU 19 - SITE 94** | | |
| Combined Remedial Investigation/Feasibility Study *(Federal Facility Performed, EPA Oversight)* | 12/16/1998 | 08/28/2006 |
| Record of Decision *(Federal Facility Performed, EPA Oversight)* | | 08/28/2006 |
| **OU 20 - SITE 84** | | |
| Combined Remedial Investigation/Feasibility Study *(Federal Facility Performed, EPA Oversight)* | 05/02/2000 | 01/21/2009 |
| Record of Decision *(Federal Facility Performed, EPA Oversight)* | | 01/21/2009 |
| Remedial Design *(Federal Facility Performed, EPA Oversight)* | 05/06/2009 | 07/20/2009 |
| Remedial Action *(Federal Facility Performed, EPA Oversight)* | 10/02/2009 | 06/10/2010 |
| **OU 21 - SITE 86** | | |
| Remedial Investigation | Estimated Sep - Nov 2023 | Estimated Sep - Nov 2024 |
| Combined Remedial Investigatiou/Feasibility Study *(Federal Facility Performed, EPA Oversight)* | 07/26/2001 | 10/29/2014 |
| Record of Decision *(Federal Faeility Performed, EPA Oversight)* | | 10/29/2014 |
| Remedial Action *(Federal Facility Performed, EPA Oversight)* | 05/11/2015 | 10/28/2015 |
| **OU 22 - SITE 73** | | |

| Milestone | Start Date | Completion Date |
|---|---|---|
| Combined Remedial Investigation/Feasibility Study *(Federal Facility Performed, EPA Oversight)* | 03/20/2001 | 12/01/2009 |
| Record of Decision *(Federal Facility Performed, EPA Oversight)* | | 12/01/2009 |
| Remedial Design *(Federal Facility Performed, EPA Oversight)* | 01/19/2010 | 09/03/2010 |
| Remedial Action *(Federal Facility Performed, EPA Oversight)* | 04/05/2011 | 09/01/2011 |
| **OU 23 - UXO-22** | | |
| Remedial Investigation *(Federal Facility Performed, EPA Oversight)* | 10/31/2010 | 05/19/2017 |
| **OU 24 - SITE 49** | | |
| Remedial Investigation *(Federal Facility Performed, EPA Oversight)* | 03/14/2011 | 04/24/2014 |
| Record of Decision *(Federal Facility Performed, EPA Oversight)* | | 04/24/2014 |
| Remedial Design *(Federal Facility Performed, EPA Oversight)* | 10/29/2013 | 01/31/2014 |
| Remedial Action *(Federal Facility Performed, EPA Oversight)* | 03/19/2014 | 01/15/2015 |
| **OU 25 - SITE UXO-06** | | |
| Combined Remedial Investigation/Feasibility Study *(Federal Facility Performed, EPA Oversight)* | 04/23/2012 | 04/30/2018 |
| Record of Decision *(Federal Facility Performed, EPA Oversight)* | | 04/30/2018 |
| Remedial Design *(Federal Facility Performed, EPA Oversight)* | 06/01/2018 | 08/30/2018 |
| Remedial Action *(Federal Facility Performed, EPA Oversight)* | 02/21/2019 | 09/24/2019 |

| Milestone | Start Date | Completion Date |
|---|---|---|
| **OU 27 - UXO-19** | | |
| Combined Remedial Investigation/Feasibility Study *(Federal Facility Performed, EPA Oversight)* | 06/04/2012 | 12/09/2015 |
| Record of Decision *(Federal Facility Performed, EPA Oversight)* | | 12/09/2015 |
| **OU 28 - UXO-23** | | |
| Combined Remedial Investigation/Feasibility Study *(Federal Facility Performed, EPA Oversight)* | 10/15/2012 | 03/23/2018* |
| **OU 29 - UXO-24 SITE 37 (OU26)** | | |
| Combined Remedial Investigation/Feasibility Study *(Federal Facility Performed, EPA Oversight)* | 10/15/2018 | 09/30/2019 |
| Record of Decision *(Federal Facility Performed, EPA Oversight)* | | 09/30/2019 |
| Remedial Design *(Federal Facility Performed, EPA Oversight)* | 07/29/2019 | 10/04/2019 |
| Remedial Action *(Federal Facility Performed, EPA Oversight)* | 10/04/2019 | 11/14/2019 |
| **OU 30 - UXO-28 (OU30)** | | |
| Combined Remedial Investigation/Feasibility Study *(Federal Facility Performed, EPA Oversight)* | 05/08/2019 | Estimated Mar - May 2025 |
| Record of Decision | | Estimated Mar - May 2025 |
| **OU 31 - UXO-29 (OU31)** | | |

| Milestone | Start Date | Completion Date |
|---|---|---|
| Combined Remedial Investigation/Feasibility Study *(Federal Facility Performed, EPA Oversight)* | 05/20/2019 | Estimated Oct - Dec 2024 |
| Record of Decision | | Estimated Oct - Dec 2024 |
| **OU 32 - SITE 96 (OU22)** | | |
| Combined Remedial Investigation/Feasibility Study *(Federal Facility Performed, EPA Oversight)* | 06/02/2015 | 09/28/2022 |
| Record of Decision *(Federal Facility Performed, EPA Oversight)* | | 09/28/2022 |
| Remedial Design *(Federal Facility Performed, EPA Oversight)* | 03/02/2023 | 07/06/2023 |
| **OU 33 - SITE UXO-30 (OU33)** | | |
| Combined Remedial Investigation/Feasibility Study *(Federal Facility Performed, EPA Oversight)* | 08/18/2022 | Estimated Feb - Apr 2024 |
| Record of Decision | | Estimated Feb - Apr 2024 |
| **OU 34 - SITE 111 (OU34)** | | |
| Combined Remedial Investigation/Feasibility Study *(Federal Facility Performed, EPA Oversight)* | 05/06/2022 | Estimated May - Jul 2025 |
| Record of Decision | | Estimated May - Jul 2025 |
| **OU 35 - SITE 112 (OU35)** | | |
| Remedial Investigation | Estimated Jun - Aug 2023 | Estimated Jun - Aug 2024 |
| **OU 36 - SITE 113 (OU36)** | | |

| Milestone | Start Date | Completion Date |
|---|---|---|
| Remedial Investigation | Estimated Dec 2023 - Feb 2024 | Estimated Dec 2024 - Feb 2025 |
| **OU 37 - SITE 114 (OU37)** | | |
| Remedial Investigation *(Federal Facility Performed, EPA Oversight)* | 07/26/2023 | Estimated Jun - Aug 2024 |
| **OU 38 - SITE 115 (OU38)** | | |
| Remedial Investigation | Estimated Dec 2023 - Feb 2024 | Estimated Dec 2024 - Feb 2025 |
| **OU 39 - SITE 117 (OU39)** | | |
| Remedial Investigation | Estimated Mar - May 2024 | Estimated Mar - May 2025 |

Showing 1 to 143 of 143 entries

*NOTE: This date may not reflect the actual start or actual completion of the milestone. Either the lead for this activity changed, the project was phased, or the project did not fit the normal definitions of activities tracked in this table.

NOTE: Dates and estimated dates will not display for all milestones. Estimated dates only display for milestones planned within the next three fiscal years. Estimated dates and start dates will not display for the following enforcement milestones: Administrative Order of Consent, Consent Decree and Unilateral Administrative Order. Start dates will not display for the following document milestones: Five-Year Review, Record of Decision, Record of Decision Amendment, Explanation of Significant Differences and Partial NPL Deletion.

DISCLAIMER: The data on this page are derived from the Superfund Enterprise Management System and are solely for informational purposes. The data cannot be relied upon to create any substantive or procedural rights or requirements enforceable by any party in litigation with any member of the public, states, tribes, the United States or any federal agency. EPA reserves the right to change these data at any time without public notice.

AUGUST 27, 2023