670314X28X12XPRI
ANDREW U. D. STRAW
712 H ST NE
PMB 92403
Washington, DC 20002



First Class
Accepted:
8/29/23, 10:10 AM (EDT-04:00)

1************************SNGLP 480

Clerk of Court
U.S. District Court, Eastern District of
1003 S 17th St
Wilmington, NC 28401-8023

**RECEIVED**
SEP 06 2023
PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC

## Document Information:
5 pages in the enclosed document
5 single sided sheets of paper

*This page was added by Docsmit and is not part of the document from the sender, which starts on the next page.*