

RECEIVED
SEP 06 2023
PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
X-RAYED
CSO

Presorted
First-Class Mail
U.S. Postage Paid
C2M LLC
22202