RECEIVED
SEP 19 2023
PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC

IN THE

# United States District Court for the Eastern District of North Carolina

Southern Division

| | |
|---|---|
| ANDREW U. D. STRAW,<br>*Plaintiff,*<br><br>v.<br><br>UNITED STATES OF AMERICA,<br>*Defendant.* | Case#: 7:23-cv-00162-BO-BM<br><br>Hon. Terrence Boyle<br>Judge Presiding<br>Hon. Brian Meyers<br>Magistrate Judge<br><br>JURY TRIAL DEMANDED |

### NOTICE OF NEW CLJA CLAIM DUE TO LACK OF HEALTH CARE COVERAGE AND SCREENING

I, *plaintiff-appellant*, Andrew U. D. Straw, hereby NOTIFY the Court regarding my new CLJA claim to the Navy due to the lack of health care to determine yes or no whether I have these illnesses or not, given my Camp LeJeune exposure makes their existence at least as likely as not:

### FACTS

1. The DOJ and DON appear to be rolling out a quick and lowball compensation system called the "Elective Option."

2. Only certain conditions are covered and none of my previous specifically diagnosed or treated conditions (see **Dkt. 47**) appear on the list.

3. However, I have not had ***any health coverage*** to do any kind of screening since I moved to the Philippines in 2018.

4. The defendant by counsel has argued against me having cancer screening or health care for the conditions such as bipolar I am already treating (**Dkt. 16**).

5. Thus, in my view, with 583 days of exposure as an infant and *in utero*, I must be very careful lest I die from one of these conditions without making a claim.

6. I thus alleged in a new claim to the Navy JAG office this month that it is at least as likely as not that I may have the following conditions (1 or more), given I have no means to screen for them:

7. **Kidney Cancer, Non-Hodgkin's Lymphoma, Leukemia, Bladder Cancer, Multiple Myeloma, Liver Cancer, Parkinson's Disease, Kidney Disease, and/or Systemic Sclerosis / Scleroderma**

8. Amazingly, the cardiac birth defect (VSD) listed in my 1969 USN birth and medical records is not included in the Elective Option despite there being ATSDR evidence that the Camp LeJeune toxins cause this. It appears a set of conditions has been carved out ***around*** my conditions and I have real doubts about the sincerity of this possibly excluding me <u>individually</u> rather than based on any science.

WHEREFORE, I ask the Court to take NOTICE that in the absence of medical screening at the government's refusal, it is at least as likely as not that I have these illnesses and should be compensated for them if the government is unwilling to pay for me to be screened for any of them as a person **born there** and **exposed for 583 days** due to my father's service at MCAS New River, 1968-1970, with my 6 months pregnant mother in tow when he arrived on **12/19/1968** and present with me and

2

using the base for the full time through **7/24/1970**. Any of these conditions indisputably had their causal roots in the toxic exposure I experienced as a **Child of Camp LeJeune**.

I, Andrew U. D. Straw, verify that the above statements are true and correct on penalty of perjury.

Respectfully submitted this **15th Day of September, 2023**.

*[signature]*

Andrew U. D. Straw, *Proceeding Pro Se*
Telephone: (847) 807-5237
Email: andrew@andrewstraw.com
712 H ST NE PMB 92403
Washington, D.C. 20002

## CERTIFICATE OF SERVICE

I, Andrew U. D. Straw, certify that on **September 15, 2023**, I sent this **NOTICE** to the Clerk of Court via U.S. Mail. CM/ECF will serve these documents to defendant's counsel upon scanning by the Clerk into PDF format and assigning a docket number.

Respectfully submitted,

*[signature]*

s/ ANDREW U. D. STRAW
712 H ST NE, PMB 92403
Washington, D.C. 20002
Telephone: (847) 807-5237
andrew@andrewstraw.com