IN THE

# United States District Court for the Eastern District of North Carolina


FILED
SEP 22 2023
PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY ___ DEP CLK

Southern Division

| | |
|---|---|
| **ANDREW U. D. STRAW,** ) | Case#: 7:23-cv-00162-BO-BM |
| *Plaintiff,* ) | |
| ) | Hon. Terrence Boyle |
| v. ) | Judge Presiding |
| ) | Hon. Brian Meyers |
| **UNITED STATES OF AMERICA,** ) | Magistrate Judge |
| *Defendant.* ) | |
| ) | JURY TRIAL DEMANDED |

## NOTICE OF ATTEMPT TO MITIGATE DAMAGE

I, *plaintiff-appellant*, Andrew U. D. Straw, hereby NOTIFY the Court regarding my efforts to obtain health care coverage and mitigate the damage done by the USN and USMC to me when I was *in utero* and an infant for 583 days, 1968-1970, while my father was stationed at MCAS New River (Camp LeJeune):

## FACTS

1. As the Court knows by now, I was born at Camp LeJeune and the Naval Hospital appears on my birth certificate as my place of birth, 3/19/1969, and I have much evidence of this in my USN Medical Record File that I obtained from the National Archives with the help of a Member of Congress.

2. Those records already showed that I have a **cardiac birth defect (VSD)** present at my birth after 3 months of Camp LeJeune *in utero* exposure.

3. I asked for cancer/health screening, but DOJ has argued against it. **Dkt. 16.**

4. This while the government admits that PCE was in the water. **Dkt. 17**.
5. I don't want to die from being unable to detect a cancer or other very serious illness developing in my body as a result of the USN and USMC poisoning me *in utero* and as an infant.
6. I would like to see my children again and live long enough to do that.
7. I asked for ***all records*** pertaining to my family and me and our ID numbers and my mother's USMC Privilege Card (**N7,051,397**) with a FOIA Request noted in the online FOIA system on 8/15/2023.
8. I am now appealing because the Camp LeJeune officer only would do a search on my father's name and nothing else and limited his search to housing records. But that is only a tiny fraction of what I asked.
9. I would not even have to show residence if the Navy would provide the ORDERs showing **where Marines with pregnant spouses were to be housed in 1968**, at the height of the Vietnam War. I asked for those records and records from ANY database of records, but was denied.
10. How can I mitigate the damage (**Dkt. 17**, page 29, **13th Affirmative Defense**) if the government prevents me from being screened with Camp LeJeune Family Member Program coverage and **diagnosed with the conditions I actually have**? I can't. The GOVERNMENT is refusing to help mitigate.
11. This is dishonesty and the Court should know about it because this is all fraudulent, denying me what I ask so I cannot get the treatment Congress said people like me deserve. 38 U.S.C. § 1787. An injunction is overdue.

12. I don't know where my parents lived for that first 3 months. All I have is an off-base residence address in Jacksonville on my birth certificate, but that is *3 months after* my parents were assigned to Camp LeJeune with me *in utero*.

13. I should have absolute, expedited service in finding these full records, but am being bled to death through a million bureaucratic cuts.

WHEREFORE, I ask the Court to take NOTICE that the government is resisting me having the **mitigating** health care and screenings I need through bureaucratic refusals, injustice, and law and ethics violations. FOIA#: **DON-USMC-2023-014921**

I, Andrew U. D. Straw, verify that the above statements are true and correct on penalty of perjury.

Respectfully submitted this **16th Day of September, 2023**.

*Andrew U. D. Straw*
Andrew U. D. Straw, *Proceeding Pro Se*
Telephone: (847) 807-5237     Email: andrew@andrewstraw.com
712 H ST NE PMB 92403, Washington, D.C. 20002

### CERTIFICATE OF SERVICE

I, Andrew U. D. Straw, certify that on **September 16, 2023**, I sent this **NOTICE** to the Clerk of Court via U.S. Mail. CM/ECF will serve these documents to defendant's counsel upon scanning by the Clerk into PDF format and assigning a docket number.

Respectfully submitted,

*Andrew U. D. Straw*

s/ ANDREW U. D. STRAW
712 H ST NE, PMB 92403, Washington, D.C. 20002
Telephone: (847) 807-5237     andrew@andrewstraw.com

3