**RECEIVED**

SEP 27 2023

PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC

IN THE

# United States District Court for the Eastern District of North Carolina

Southern Division

| | | |
|---|---|---|
| **ANDREW U. D. STRAW**, | ) | Case#: 7:23-cv-00162-BO-BM |
| *Plaintiff,* | ) | |
| | ) | Hon. Terrence Boyle |
| v. | ) | Judge Presiding |
| | ) | Hon. Brian Meyers |
| **UNITED STATES OF AMERICA**, | ) | Magistrate Judge |
| *Defendant.* | ) | |
| | ) | JURY TRIAL DEMANDED |

### LETTER TO MY JUDGE AND THE OTHER CLJA CASE JUDGES

I, *plaintiff-appellant*, Andrew U. D. Straw, hereby wish to present my views as a Camp LeJeune poisoning victim, likely **the only one with a 4th Circuit U.S. Court of Appeals bar membership**:

#### FACTS

1. Congress wants these victims to be compensated, not dragged through a long and unnecessarily litigious process on the part of the government that did the poisoning. This CLJA law is meant to undo MDL-2218.

2. How should this be done?

3. The Court should assign a **special master** for all those who want simply to be paid what they asked in their Navy JAG claims forms.

4. The government should be precluded from offering less unless the amount is outrageously high and has no prior precedent anywhere.

5. There have been trial verdicts for wrongful death at the level of **$1 billion** in the United States.

6. There have been trial verdicts for infant brain injury and other severe birth defects in the range of **$50,000,000**.

7. So, if a claim is less than $100,000,000, it should be granted as though on a default judgment.

8. If the government finds fraud, so be it. **Punish the fraud**.

9. But don't deny the true and justified victims with presence over 30 days at Camp LeJeune during the toxic water time and injuries demonstrated through medical literature *or* other experts to be caused by it.

10. We are passing into a theater of the absurd, where DOJ lawyers who were children or babies or not even born in 1987 are telling these victims who suffered starting up to **70 years ago** what their damages can be with the "Elective Option" and how offsets and attorney fees will be handled.

11. The government is no position to negotiate a lower amount than what the victims asked in their claim forms.

12. The possible damage amounts **BEGIN** at that level and a jury can grant more.

WHEREFORE, I think the Court should appoint a special master like in VCF.gov and give the victims what they ask unless justice prevents this and a lower amount is required. The **starting position should be the amounts claimed**, not some arbitrary and low amount that the government who poisoned us wants to offer. The government should have **NO VOICE** in this at this point and the Court should make that so.

2

I, Andrew U. D. Straw, verify that the above statements are true and correct on penalty of perjury.

Respectfully submitted this 22th **Day of September, 2023**.

*[signature]*

Andrew U. D. Straw, *Proceeding Pro Se*
Telephone: (847) 807-5237
Email: andrew@andrewstraw.com
712 H ST NE PMB 92403
Washington, D.C. 20002

## CERTIFICATE OF SERVICE

I, Andrew U. D. Straw, certify that on **September 22, 2023**, I sent this **LETTER** to the Clerk of Court via U.S. Mail. CM/ECF will serve these documents to defendant's counsel upon scanning by the Clerk into PDF format and assigning a docket number.

Respectfully submitted,

*[signature]*

s/ ANDREW U. D. STRAW
712 H ST NE, PMB 92403
Washington, D.C. 20002
Telephone: (847) 807-5237
andrew@andrewstraw.com