IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:23-cv-162

IN RE: CAMP LEJEUNE
WATER LITIGATION

_____/

THIS DOCUMENT RELATES TO:

JURY TRIAL DEMANDED

| ANDREW | U. D. | STRAW | |
|---|---|---|---|
| Plaintiff First | Middle | Last | Suffix |

## SHORT-FORM COMPLAINT

The Plaintiff named below, or Plaintiff's representative, files this Short Form Complaint against Defendant United States of America under the Camp Lejeune Justice Act of 2022 ("CLJA"). Pub. L. No. 117-168, § 804, 136 Stat. 1802, 1802–04 (2022). Plaintiff or Plaintiff's representative incorporates by reference the allegations contained in the Master Complaint (DE ____) on file in the case styled *In Re: Camp Lejeune Water Litigation,* Case No. 7:23-cv-897, in the United States District Court for the Eastern District of North Carolina. Plaintiff or Plaintiff's representative files this Short-Form Complaint as permitted by Pretrial Order No. 2, Dkt. 23.

Plaintiff or Plaintiff's representative alleges as follows:

### I. INSTRUCTIONS

| 1. On THIS FORM, are you asserting a claim for injuries to YOU or to SOMEONE ELSE you legally represent?<br>☒ To me<br>☐ Someone else | This form may only be used to file a complaint for ONE PERSON'S injuries. If you intend to bring claims for multiple individuals' injuries—for example, a claim for yourself and one for a deceased spouse— you must file ONE FORM FOR EACH INJURED PERSON. |
|---|---|

## II. PLAINTIFF INFORMATION

If you checked "To me" in Box 1, YOU are the Plaintiff. Complete this section with information about YOU.

If you checked "Someone else" in Box 1, THAT PERSON is the Plaintiff. Complete this section with information about THAT PERSON.

| 2. First name: ANDREW | 3. Middle name: U. D. | 4. Last name: STRAW | 5. Suffix: |
|---|---|---|---|
| 6. Sex:<br>☒ Male<br>☐ Female<br>☐ Other | | 7. Is the Plaintiff deceased?<br>☐ Yes<br>☒ No<br><br>*If you checked "To me" in Box 1, check "No" here.* | |
| Skip (8) and (9) if you checked "Yes" in Box 7. | | | |
| 8. Residence city: BAUAN | | 9. Residence state: BATANGAS, REGION IV-A, THE PHILIPPINES | |
| Skip (10), (11), and (12) if you checked "No" in Box 7. | | | |
| 10. Date of Plaintiff's death: | 11. Plaintiff's residence state at the time of their death: | 12. Was the Plaintiff's death caused by an injury that resulted from their exposure to contaminated water at Camp Lejeune?<br>☐ Yes<br>☐ No | |

## III. EXPOSURE INFORMATION

If you checked "To me" in Box 1, complete this section with information about YOU.

If you checked "Someone else" in Box 1, complete this section with information about THAT PERSON.

| 13. Plaintiff's first month of exposure to the water at Camp Lejeune: DECEMBER 1968 | 14. Plaintiff's last month of exposure to the water at Camp Lejeune: JULY 1970 |
|---|---|
| 15. Estimated total months of exposure:<br>19 | 16. Plaintiff's status at the time(s) of exposure (please check all that apply):<br>☐ Member of the Armed Services<br>☒ Civilian (includes in utero exposure) |
| 17. If you checked Civilian in Box 16, check all that describe the Plaintiff at the time(s) of exposure:<br>☒ Civilian Military Dependent<br>☐ Civilian Employee of Private Company<br>☐ Civil Service Employee<br>☒ In Utero/Not Yet Born<br>☐ Other<br><br>USMC CAMP LEJEUNE VETERAN FATHER<br>NAME: PHILLIP U. D. STRAW<br>USMC SVC# 2415425  RANK: E-2 (at CL)<br>SEL SVC# 12-18-47-14 | 18. Did Plaintiff at any time live or work in any of the following areas? Check all that apply.<br>☐ Berkeley Manor<br>☐ Hadnot Point<br>☒ Hospital Point — 4 days, CLNH, March 19-22, 1969 BIRTH OF Andrew U D Straw<br>☐ Knox Trailer Park<br>☐ Mainside Barracks — Father, USMC E-2, Phillip U D Straw, worked at MCAS NR 12/19/1968 - 7/24/1970 - I had base access with USMC Privilege Card Number N7-051-397<br>☐ Midway Park<br>☐ Paradise Point<br>☐ Tarawa Terrace<br>☐ None of the above<br>☒ Unknown |

Likely temp housing on base, 12/19/1968 to FEB/MAR 1969.

N7,051,397

## IV. INJURY INFORMATION

If you checked "To me" in Box 1, complete this section with information about YOU.

If you checked "Someone else" in Box 1, complete this section with information about THAT PERSON.

19. Identify the illnesses or conditions the Plaintiff suffered as a result of exposure to contaminated water at Camp Lejeune.

I may have other conditions that proper screening would reveal. -AS

| Injury | | Approximate date of onset |
|---|---|---|
| ☐ Adverse birth outcomes (Plaintiff is the PARENT of an individual who died in utero or was stillborn or born prematurely) | | |
| ☐ ALS (Lou Gehrig's Disease) | | |
| ☐ Aplastic anemia or myelodysplastic syndrome | | |
| ☐ Bile duct cancer | POSSIBLE, UNDIAGNOSED | |
| ☐ Bladder cancer | POSSIBLE, UNDIAGNOSED | |
| ☐ Brain / central nervous system cancer | POSSIBLE, UNDIAGNOSED | |
| ☐ Breast cancer | | |
| ☒ Cardiac birth defects (Plaintiff was BORN WITH the defects) | VSD | 1968-1969 |
| ☐ Cervical cancer | | VSD in birth records; later abnormal EKGs. |
| ☐ Colorectal cancer | POSSIBLE, UNDIAGNOSED | |
| ☐ Esophageal cancer | POSSIBLE, UNDIAGNOSED | |
| ☐ Gallbladder cancer | POSSIBLE, UNDIAGNOSED | |
| ☐ Hepatic steatosis (Fatty Liver Disease) | POSSIBLE, UNDIAGNOSED | |
| ☒ Hypersensitivity skin disorder | Allergic Reactions, Severe | |
| ☐ Infertility | | |
| ☐ Intestinal cancer | POSSIBLE, UNDIAGNOSED | |
| ☐ Kidney cancer | POSSIBLE, UNDIAGNOSED | |
| ☒ Non-cancer kidney disease | GFR Reduction | 2003 |
| ☐ Leukemia | POSSIBLE, UNDIAGNOSED | |
| ☐ Liver cancer | POSSIBLE, UNDIAGNOSED | |
| ☐ Lung cancer | POSSIBLE, UNDIAGNOSED | |
| ☐ Mutliple myeloma | POSSIBLE, UNDIAGNOSED | |
| ☒ Neurobehavioral effects | ***See below for specific illnesses | 1969 |
| ☒ Non-cardiac birth defects (Plaintiff was BORN WITH the defects) | | 1969 |
| ☐ Non-Hodgkin's Lymphoma | POSSIBLE, UNDIAGNOSED | |
| ☐ Ovarian cancer | | |
| ☐ Pancreatic cancer | POSSIBLE, UNDIAGNOSED | |
| ☒ Parkinson's disease | SOME SYMPTOMS; UNDIAGNOSED | 1997 |
| ☐ Prostate cancer | POSSIBLE, UNDIAGNOSED | |
| ☐ Sinus cancer | POSSIBLE, UNDIAGNOSED | |
| ☐ Soft tissue cancer | POSSIBLE, UNDIAGNOSED | |
| ☐ Systemic sclerosis / scleroderma | POSSIBLE, UNDIAGNOSED | |
| ☐ Thyroid cancer | POSSIBLE, UNDIAGNOSED | |

*** I reserve the right to add other conditions given the government has opposed me (Dkt. 16) having cancer screening and health care for conditions like bipolar associated with the toxins in the base water, especially PCE. I have made a separate Navy JAG claim for all other conditions I may have but presently have no way to determine through proper medical screening. I have no health coverage now. See also: http://cancers.andrewstraw.com for medical studies showing associations.

The Camp Lejeune Justice Act does not specify a list of covered conditions.

If the Plaintiff suffers or previously suffered from a condition not listed above, and the Plaintiff alleges that the condition was caused by exposure to the water at Camp Lejeune as required under the Act, please check "Other" and describe the condition on the following lines.

Note in particular that the Board of Veterans' Appeals of the U.S. Department of Veterans Affairs (the "VA") has approved benefits in connection with Camp Lejeune for conditions beyond those listed above.

| ☒ Other: "AUTISTIC THINKING" BIPOLAR DISORDER / SCHIZOPHRENIA | Approximate date of onset 1997/1998/1999 |
|---|---|
| DEPRESSION | 1969 |
| SIDE-EFFECTS OF PSYCH MEDICATIONS (TOOTH DECAY); DISCRIMINATION; CAREER & POLITICAL DESTRUCTION; REPUTATION DAMAGE (MENTALY ILL) | 1999 |
| MIGRAINES   (With SEVERE VOMITING) | 1976 |
| ANXIETY | 1969 |

SEVERE ALLERGIES AFFECTING LUNG/THROAT/NOSE/EARS/ASTHMA/PNEUMONIA    1969   (Vomiting)
Gall bladder removal (17 gall stones)    2012
Car Accident, 2 broken legs, pelvis, skull (assoc. with bipolar/PCE)    2001
Obesity (125 kg @ 6'1" height)  (related to psych medicines, bipolar)    2002
Tonsilitis: Tonsils Removed via surgery    ~1974
Tooth decay    1973    Myopia 1975
Earaches    1973

| 20. Representative First Name: | 21. Representative Middle Name: | 22. Representative Last Name: | 23. Representative Suffix: |
|---|---|---|---|
|  |  |  |  |

| 24. Residence City: | 25. Residence State: ☐ Outside of the U.S. |
|---|---|
|  |  |

| 26. Representative Sex: ☐ Male ☐ Female ☐ Other |  |
|---|---|

**27. What is your familial relationship to the Plaintiff?**
☐ They are/were my spouse.
☐ They are/were my parent.
☐ They are/were my child.
☐ They are/were my sibling.
☐ Other familial relationship: They are/were my _____
☐ No familial relationship.

**Derivative claim**

**28. Did the Plaintiff's death or injury cause the Plaintiff's spouse, children, or parents mental anguish, loss of financial support, loss of consortium, or any other economic or non-economic harm for which you intend to seek recovery?** Divorce; Loss of Consortium; Parental Alienation via poverty;
☒ Yes    mental anguish to my family members. Severely reduced ability to support
☐ No    my children, who had to rely on SSDI benefits instead of my income.
The natural object of my earnings as a lawyer would have been to support
my children, but the discrimination and stigma from Indiana courts have
ruined my children's financial situation from me. That State Supreme Court
where I used to work not only fired me and discriminated based on my Camp LeJeune
bipolar and stole my property. It also injured my children and alienated them from me.

Case 7:23-cv-00162-BO-BM   Document 55   Filed 10/05/23   Page 4 of 5
- 4 -

## VI. EXHAUSTION

| 29. On what date was the administrative claim for this Plaintiff filed with the Department of the Navy (DON)?<br><br>*mm/dd/yyyy*<br><br>08/17/2022 | 30. What is the DON Claim Number for the administrative claim?<br><br>CLS23-4519<br><br>☐ DON has not yet assigned a Claim Number |
|---|---|

## VII. CLAIM FOR RELIEF

Plaintiff respectfully requests that pursuant to subsection 804(b) of the CLJA the Court enter judgment against the Defendant and award damages and all other appropriate relief for the harm to Plaintiff that was caused by exposure to the water at Camp Lejeune.

## VIII. JURY TRIAL DEMAND

Plaintiff demands a trial by jury of all issues so triable pursuant to Rule 38 of the Federal Rules of Civil Procedure and subsection 804(d) of the CLJA.

Dated: *mm/dd/yyyy*

09/29/2023

s/ Andrew U. D. Straw
Plaintiff, Pro Se

712 H ST NE, PMB 92403
Washington, D.C. 20002

(847) 807-5237
andrew@andrewstraw.com

NB: This is a revised and refiled Short Form Complaint because the Court's case management ORDER number 2 asks for these short form complaints to be filed within a certain time AFTER that ORDER. Hence the refiling with adjustments.