FILED
OCT 05 2023
PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
___ DEP CLK

# IN THE
# United States District Court for the
# Eastern District of North Carolina

Southern Division

| | |
|---|---|
| ANDREW U. D. STRAW,<br>*Plaintiff,* | Case#: 7:23-cv-00162-BO-BM |
| v. | Hon. Terrence Boyle<br>Judge Presiding<br>Hon. Brian Meyers<br>Magistrate Judge |
| UNITED STATES OF AMERICA,<br>*Defendant.* | |
| | JURY TRIAL DEMANDED |

## MOTION TO REINSTATE TWO PREVIOUS MOTIONS DENIED *EN MASSE* WITH OTHERS BECAUSE OF THE CONSOLIDATED PROCEEDINGS

I, *plaintiff-appellant*, Andrew U. D. Straw, hereby MOVE the Court to seek leave to request the following relief:

### FACTS

1. While each individual *pro se* plaintiff continues to be responsible for her or his own case, all of my motions, even those fully briefed, were dismissed *without prejudice* on 9/26/2023 and with the ability to refile.

2. I do intend to proceed using a short-form complaint and recognize that there is a consolidated effort to resolve this matter and compensate all victims.

3. That said, this could drag on for years, especially when I am not claiming "high track" conditions, even though my conditions are **severe** and with **death** a likely result. Bipolar makes my chances of suicide very high compared to others. Living a life in poverty as a person with this disease is **inadvisable**.

4. The government in its **Dkt. 17** answer admitted that **PCE was in the water**, and stated it repeatedly. I was exposed to that water for 19 months, 583 days going by my father's service record, which shows him stationed at MCAS New River from 12/19/1968 to 7/24/1970.

5. My bipolar disorder, adjudicated by the Social Security Administration in 2008, adjudicated by federal courts in the Fourth Circuit and the Seventh Circuit, is not up for debate. I have this illness and it has ruined my life.

6. It continues to ruin my life, my family, my friendships, career, **everything**.

7. PCE causes cancer. My mother died of a breast cancer that likely was caused by PCE because medical literature in Pubmed.gov shows that PCE causes breast cancer, or at least increases the chance, and that is all I need.

8. Prof. Aschengrau's study in *Pubmed* shows PCE doubles the risk of bipolar.

9. I have Parkinson's Disease symptoms, 3x more likely with comorbid bipolar.

10. I want relief before waiting years for this Court to process the cases. With both my parents having cancer after being exposed to the water at Camp LeJeune, none of my grandparents having such cancers, and my mother dying of hers while I was in law school, with my father getting surgeries in the past several years for his tumors, it is not acceptable to make me wait in poverty on SSDI when this government owes me for the immense damage caused.

11. I am tired of waiting and this Court should understand why.

12. I had to wait through years of MDL-2218 and watch my family be denied when **it should not have been denied**.

13. I had to wait through 7 years of unsuccessful litigating my **Camp LeJeune Family Member Program** coverage only to be refused because of where my parents and I slept at night when we used the toxic base during the day.
14. Now, the government wants to deny me health coverage and cancer screening again. **Dkt. 16**. But I need a full workup with screening for all diseases.
15. I should be granted **health care coverage** in cash form of $4,000 per month. This is individual to me because I need cancer and other screening that I cannot afford on my own. Other victims may have health coverage to help them. I don't. My Medicare and Medicaid don't work overseas where I am.
16. I should be granted the **educational benefit** for my Master's degree in Peace and Reconciliation Studies at the University of Maine. I ask exactly what that university says is my financial need. A little over $29,000 per year.
17. It is not unusual to protect a victim who is so destroyed both in career and finances by the poisoning of a wrongdoer. I should not be subjected to further poverty deprivation or lack of health care, no matter where I live.
18. It is important to note that Affirmative Defense #13 in Dkt. 17 criticizes me for not **mitigating the damage**. That's exactly what I want to do with the health coverage and screening and beginning to restore my reputation as a leader on disability and peace and reconciliation issues. All of this is meant to stop the bleeding the government is causing and help me regain some dignity and solid footing under me while my family's justice is pending.
19. As I explained in briefings, I meet the grounds for an injunction, all of them.

WHEREFORE, I move the Court to allow this motion to reinstate my motions for health care and educational benefits to last as long as this matter lasts for me. It's literally not my fault that the government has dragged out justice and had to be dragged kicking and screaming by Congress with CLJA to this Court when MDL-2218 was a perfectly reasonable opportunity to settle with the victims years ago. Nothing prevented that but the stubbornness of DOJ attorneys and their arguments, which **Congress overrode by passing the Camp LeJeune Justice Act of 2022.**

I, Andrew U. D. Straw, verify that my statements in this document are true and correct on penalty of perjury to the best of my knowledge, information, and belief.

Respectfully submitted this **29th Day of September, 2023**.

*[signature]*

Andrew U. D. Straw, *Proceeding Pro Se*
Telephone: (847) 807-5237    Email: andrew@andrewstraw.com
712 H ST NE PMB 92403
Washington, D.C. 20002

## CERTIFICATE OF SERVICE

I, Andrew U. D. Straw, certify that on **September 29, 2023**, I sent this **MOTION** and **PROPOSED ORDER** below to the Clerk of Court via U.S. Mail. CM/ECF will serve these documents to defendant's counsel upon scanning by the Clerk into PDF format and assigning a docket number to each.

Respectfully submitted,

*[signature]*

s/ ANDREW U. D. STRAW
712 H ST NE, PMB 92403
Washington, D.C. 20002
Telephone: (847) 807-5237
andrew@andrewstraw.com