IN THE

# United States District Court for the Eastern District of North Carolina

Southern Division

| | | |
|---|---|---|
| **ANDREW U. D. STRAW,** *Plaintiff,* | ) ) ) | Case#: 7:23-cv-00162-BO-BM |
| | ) | Hon. Terrence Boyle |
| v. | ) ) | Judge Presiding Hon. Brian Meyers |
| **UNITED STATES OF AMERICA,** *Defendant.* | ) ) ) | Magistrate Judge JURY TRIAL DEMANDED |

## ORDER

The Court, being advised in the premises, hereby makes these findings and orders:

**FINDINGS AND HOLDINGS**

- Good cause has been shown to allow a motion for individual relief in the form of health care plus educational benefits for Andrew Straw's graduate work.

- The government has dragged out this justice for so many years, it is not acceptable to force any victim to live a life of deprivation while this Court finds a way to make the government pay for the damage it caused, in full.

*Held:* This Court holds that there is good cause for health care and educational benefits for Plaintiff Straw that will not be decided in the consolidated proceeding. While that proceeding continues, Mr. Straw shall be paid $4,000 per month for health care costs and $2,400 per month for his graduate work. Mr. Straw shall reimburse the government from his settlement or damage award when that time arrives. His relief therefore is merely a loan with a lien on his future damages and not a significant burden to this defendant after the damage it caused Mr. Straw.

It is so ORDERED.
Per Curiam.