IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:23-CV-00162-BO

| | |
|---|---|
| ANDREW U.D. STRAW ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| UNITED STATES OF AMERICA ) | |
| Defendant. ) | |

On 5 October 2023, plaintiff Andrew U.D. Straw moved to seek leave to refile two motions that were denied without prejudice pursuant to Case Management Order No. 2, *In re: Camp Lejeune Water Litigation*, 7:23-CV-00897. [DE 56]. Under that Order, no plaintiff may file any motion without either permission from Plaintiffs' Leadership or leave of Court for good cause shown.

After reviewing the motions and all relevant matters, this Court concludes that plaintiff has failed to show good cause. The Court, in its discretion, therefore DENIES plaintiff's motion for leave to refile, [DE 56].

SO ORDERED, this 23 day of October 2023.

TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE