# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT
LEWIS F. POWELL, JR. UNITED STATES COURTHOUSE ANNEX
1100 EAST MAIN STREET, SUITE 501
RICHMOND, VIRGINIA 23219-3517
WWW.CA4.USCOURTS.GOV

NWAMAKA ANOWI  
CLERK

TELEPHONE  
(804) 916-2700

October 27, 2023

Peter A. (Statt) Moore, Clerk
U.S. District Court
Eastern District of North Carolina
Post Office Box 25670
Raleigh, NC 27611-5670

Re: *Straw v. United States of America*
7:23-cv-00162-BO-BM

Dear Mr. Moore:

The enclosed notice of appeal was received by this court On October 26, 2023.

In accordance with Rule 4(d) of the Federal Rules of Appellate Procedure, the notice has been date stamped and is being forwarded to your court for appropriate disposition. *See* Fed. R. App. P. 4(d) ("If a notice of appeal in either a civil or a criminal case is mistakenly filed in the court of appeals, the clerk of that court must note on the notice the date when it was received and send it to the district clerk. The notice is then considered filed in the district court on the date so noted.").

If this notice of appeal duplicates a notice already received by the district court, the notice need not be transmitted to this court a second time.

Yours truly,

Mark E. O'Brien
Chief Deputy Clerk

MEO: sab

Enclosure

cc: Andrew U.D. Straw (w/ stamped 1st page)
712 H St. NE PMB 92403
Pmb 92403
Washington, DC 20002

# MISROUTED NOA

Appellant: STRAW  District Court: EDNC

Date: 10/25/23  Date Received by 4CCA: 10/24/23

- [x] Send as Misrouted NOA
- [ ] Send as COA ➜ NOA
- [ ] Send as Construed NOA

Appellant Mailing Address Found:
- [x] On D/C Dkt, confirmed by check mark
- [ ] On attached screen shot(s), highlighted
- [ ] Envelope address OR Within Letter

Additional Instructions: _____

Thanks
[signature]

# U.S. District Court
## EASTERN DISTRICT OF NORTH CAROLINA (Southern Division)
## CIVIL DOCKET FOR CASE #: 7:23-cv-00162-BO-BM
### Internal Use Only

Straw v. United States of America  
Assigned to: District Judge Terrence W. Boyle  
Referred to: Magistrate Judge Brian S. Meyers  
Cause: Camp Lejeune Justice Act of 2022

Date Filed: 02/21/2023  
Jury Demand: Plaintiff  
Nature of Suit: 360 P.I.: Other  
Jurisdiction: U.S. Government Defendant

**Plaintiff**

**Andrew U.D. Straw**     represented by    **Andrew U.D. Straw**  
Andrew U D Straw  
712 H St NE PMB 92403  
Pmb 92403  
Washington, DC 20002  
847-807-5237  
Email: andrew@andrewstraw.com  
PRO SE

V.

**Defendant**

**United States of America**     represented by    **Allison Meredith O'Leary**  
DOJ-Civ  
DOJ Torts Branch - ETL  
1100 L St NW  
Room 4052  
Washington, DC 20005  
202-616-4231  
Fax: 202-616-4473  
Email: allison.o'leary@usdoj.gov  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Cindy Marie Hurt**  
DOJ-Civ  
Environmental Torts  
1100 L ST NW  
Ste Lst 4058  
Washington, DC 20005  
202-718-8160  
Email: cindy.m.hurt@usdoj.gov  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Elizabeth Platt**  
Department of Justice  
Civil Division - Torts Branch  
1100 L St. NW  
Lst 3520  
Washington, DC 20005  
814-771-0229  
Email: elizabeth.k.platt@usdoj.gov  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Haroon Anwar**  
DOJ-Civ  
1100 L Street NW  
Ste 4010

# Carla Dietz

**From:** Cathi Bennett
**Sent:** Wednesday, October 25, 2023 10:15 AM
**To:** Carla Dietz
**Subject:** FW: Straw-petition for relief

"Gift" for you. 😊

**From:** Mark O'Brien <mark_obrien@ca4.uscourts.gov>
**Sent:** Wednesday, October 25, 2023 10:14 AM
**To:** Cathi Bennett <Cathi_Bennett@ca4.uscourts.gov>
**Subject:** RE: Straw-petition for relief

Yes, please send to Carla. Thank you!

**From:** Cathi Bennett <Cathi_Bennett@ca4.uscourts.gov>
**Sent:** Wednesday, October 25, 2023 8:58 AM
**To:** Mark O'Brien <mark_obrien@ca4.uscourts.gov>
**Subject:** FW: Straw-petition for relief

Just confirming that this should go to Carla.

Thanks,
Cathi

**From:** Marcy Beall <Marcy_Beall@ca4.uscourts.gov>
**Sent:** Tuesday, October 24, 2023 2:43 PM
**To:** Cathi Bennett <Cathi_Bennett@ca4.uscourts.gov>
**Subject:** FW: Straw-petition for relief

Should I forward this to Carla now?

**From:** Mark O'Brien <mark_obrien@ca4.uscourts.gov>
**Sent:** Tuesday, October 24, 2023 2:40 PM
**To:** Amanda Bryan <Amanda_Bryan@ca4.uscourts.gov>; Marcy Beall <Marcy_Beall@ca4.uscourts.gov>
**Cc:** Nwamaka Anowi <Nwamaka_Anowi@ca4.uscourts.gov>
**Subject:** RE: Straw-petition for relief

I agree that we should construe this as a misrouted notice of appeal because he clearly is seeking to file an interlocutory appeal of the district court order. I also think this constitutes his petition, so I would construe it as that, too, at the appropriate time.

Thanks,
Mark

**From:** Amanda Bryan <Amanda_Bryan@ca4.uscourts.gov>
**Sent:** Tuesday, October 24, 2023 9:27 AM
**To:** Marcy Beall <Marcy_Beall@ca4.uscourts.gov>; Mark O'Brien <mark_obrien@ca4.uscourts.gov>

**Cc:** Nwamaka Anowi <Nwamaka_Anowi@ca4.uscourts.gov>
**Subject:** RE: Straw-petition for relief

This looks like a misdirected notice of appeal to me – Mark, what are your thoughts?
-ab

---

**From:** Marcy Beall <Marcy_Beall@ca4.uscourts.gov>
**Sent:** Tuesday, October 24, 2023 9:08 AM
**To:** Mark O'Brien <mark_obrien@ca4.uscourts.gov>; Amanda Bryan <Amanda_Bryan@ca4.uscourts.gov>
**Subject:** Straw-petition for relief

Good Morning,

I'm looking for guidance regarding the petition for relief that is attached. Should this be docketed as a mandamus or a rule 5?

Thanks

Marcy

---

**From:** 4cca-Cssmgt1 <4cca-Cssmgt1@ca4.uscourts.gov>
**Sent:** Tuesday, October 24, 2023 8:51 AM
**To:** Marcy Beall <Marcy_Beall@ca4.uscourts.gov>
**Subject:** FW: New Case Without Fee Payment Transaction Submitted

---

**From:** ecfnoticing@ca4.uscourts.gov <ecfnoticing@ca4.uscourts.gov>
**Sent:** Tuesday, October 24, 2023 1:06 AM
**To:** Lisa Jernigan <Lisa_Jernigan@ca4.uscourts.gov>; 4cca-ECF-Registration <4cca-ECF-Registration@ca4.uscourts.gov>; Cathi Bennett <Cathi_Bennett@ca4.uscourts.gov>; Lisa Jernigan <Lisa_Jernigan@ca4.uscourts.gov>; Taline Fischer <Taline_Fischer@ca4.uscourts.gov>; Lisa Jernigan <Lisa_Jernigan@ca4.uscourts.gov>; 4cca-Cssmgt1 <4cca-Cssmgt1@ca4.uscourts.gov>; 4cca-Cssmgt2 <4cca-Cssmgt2@ca4.uscourts.gov>; Ashley Brownlee <Ashley_Brownlee@ca4.uscourts.gov>; Lisa Jernigan <Lisa_Jernigan@ca4.uscourts.gov>; Amy Carlheim <Amy_Carlheim@ca4.uscourts.gov>; Nwamaka Anowi <Nwamaka_Anowi@ca4.uscourts.gov>
**Subject:** New Case Without Fee Payment Transaction Submitted

Transaction submitted by Andrew U. D. Straw on 10/24/2023 at 01:05 AM

**Description:** New Case Without Fee Payment
**Payment Method:** n/a
**Fee Receipt Number:** null
**Fee Amount:** $0.00

2