RECEIVED
FEB 0 1 2024
PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC

IN THE

# United States District Court for the Eastern District of North Carolina

Southern Division

| | | |
|---|---|---|
| ANDREW U. D. STRAW,<br>*Plaintiff*, | ) <br> ) <br> ) | Case#: 7:23-cv-162-BO-BM |
| v. | ) <br> ) <br> ) | Hon. Terrence Boyle<br>Judge Presiding<br>Hon. Brian Meyers |
| UNITED STATES OF AMERICA,<br>*Defendant*. | ) <br> ) <br> ) | Magistrate Judge<br><br>JURY TRIAL DEMANDED |

## STATEMENT IN SUPPORT OF PLG LEAD COUNSEL ED BELL

COMES NOW, *pro se Plaintiff* ANDREW U. D. STRAW (hereinafter "Plaintiff"), individually, make this STATEMENT regarding the government's defenses:

1. It is unusual and therefore notable that Congress would overwhelmingly pass a law to undo unjust results achieved by the Justice Department only to have those same lawyers try to undo the new justice under the Act passed to override their work in an MDL.

2. This Court should take note that Congress does not like the positions taken by DOJ in the MDL and must enforce this new law without giving **any deference at all** to the opinions of government attorneys whom Congress wholly rejected.

3. It is also worthy of note that PLG Attorney Ed Bell **drafted this new law** and thus his opinions on what it means must be given extreme weight because no one knows better what a document means than the person who drafted it.

4. The Camp LeJeune Justice Act of 2022 must not be construed in a fashion that renders the Act futile. *In re Butcher*, 125 F.3d 238, 242 (4th Cir. 1997)

5. When Ed Bell says this law includes a right to a jury trial, that's what it means.

6. When Ed Bell says this law dispenses with specific causation and the language does not contradict this, that's what the law means.

7. In fact, the very notion that every single person damaged by the toxins the government admits now was in the water at Camp LeJeune must prove specific causation effectively makes this law futile because it will require such a level of effort and time to **litigate each single victim's specific causation** that indeed, as Judge Dever said, it will take 1,900 years.

8. This is not a tort law. It is a specially crafted **public benefit law** that grants compensatory monetary damages to each victim who has a condition that in a general causation sense is caused by these toxins to a level of equipoise.

9. The only people screened out by this law are those who were not at Camp LeJeune for at least 30 days in some capacity during the toxic water time and those who did not experience illnesses or death associated with the toxins.

10. The trials here are not really about individuals, but instead are being conducted to establish **which diseases** are going to be compensated and to set **a range of compensatory damages**.

11. There is no doubt that Camp LeJeune injured the people who were exposed to the toxins. CLJA establishes this. To say *maybe* the toxins didn't cause any particular person damage is to make this law is futile and that cannot be.

12. In my view, this Court should lend its ear to PLG Lead Attorney Ed Bell and assume that his argued meanings for his law that he drafted are the meanings and enforce what he says. The government should always be on the back foot when it comes to interpreting this law, and the lawyers arguing to block the full effect of this law should be ignored every time they open their mouths because this law only exists to undo what DOJ accomplished in MDL-2218.

13. I trust Ed Bell to be right. I don't trust DOJ attorneys who argued against these victims for 20 years to be right about anything and this Court should **assume that Mr. Bell is right** when he makes arguments and that the government is wrong. Doing so will speed this along to conclusion rather than dragging out justice and pain, as is the apparent plan of the DOJ after this law was passed **over 17 months ago**. There should already be global settlement after 71 years of poisoning, lies, delays, and denials.

WHEREFORE, I make this STATEMENT to show that I am in full support of the PLG and want this Court to avoid making this law futile. Please listen closely to what Mr. Bell, the CLJA's drafter, says and agree with him when he makes proposals to speed this along rather than listening to the DOJ try to shortchange victims again. There are about 160,000 claims now, like poisoning every single person in a medium size American city. I read that about 20% are wrongful death claims. These families, my family, need this Court to speed this along so the suffering can begin to heal. One would think that the DOJ wants this, but they seem to be living in the past and want to defeat justice under CLJA just like they did under FTCA. That must not happen.

3

I, *pro se plaintiff* Andrew U. D. Straw, verify that the above factual contentions and statements are true and correct on penalty of perjury. Signed: **January 23, 2024.**

Respectfully,

*/s/ signature/*

s/ ANDREW U. D. STRAW

9169 W STATE ST #690  Telephone: (847) 807-5237
Garden City, ID 83714  andrew@andrewstraw.com

### CERTIFICATE OF SERVICE

I, Andrew U. D. Straw, certify that on **January 23, 2024**, I sent this STATEMENT. I sent this document via U.S. Mail to the Clerk of Court on **January 23, 2024**. CM/ECF will serve the defendants when the Clerk scans this document.

*/s/ signature/*

s/ ANDREW U. D. STRAW
9169 W STATE ST #690  Telephone: (847) 807-5237
Garden City, ID 83714  andrew@andrewstraw.com

4