IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
7:23-CV-162-BO-BM

| | |
|---|---|
| ANDREW U.D. STRAW, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Defendant. ) | |

This pro se case is before the court on the application [DE-2] by plaintiff Andrew U.D. Straw ("plaintiff") to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915(a)(1) and for a frivolity review pursuant to 28 U.S.C. § 1915(e)(2)(B) of plaintiff's complaint [DE-1]. The Honorable Terrence W. Boyle, United States District Judge, referred these matters to the undersigned magistrate judge pursuant to 28 U.S.C. § 636(b)(1). The court finds that plaintiff has demonstrated appropriate evidence of his inability to pay the required court costs, and the application to proceed i*n forma pauperis* is ALLOWED.

After a thorough review of plaintiff's complaint, which alleges a claim under the Camp Lejeune Justice Act of 2022 ("CLJA"), the court finds that this case is not frivolous and does not suffer from the other deficiencies specified in 28 U.S.C. § 1915(e)(2)(B). *See Denton v. Hernandez*, 504 U.S. 25, 32-33 (1992) ("[A] court may dismiss a claim as factually frivolous only if the facts alleged are 'clearly baseless . . . .'"); *see also Kerr v. Marshall Univ. Bd. of Governors*, 824 F.3d 62, 72 (4th Cir. 2016) ("We are mindful of our obligation to liberally construe a pro se complaint."); *White v. White*, 886 F.2d 721, 722-23 (4th Cir. 1989) ("[The court] must, however,

hold [a] pro se complaint to less stringent standards than pleadings drafted by attorneys and must read the complaint liberally.").

The court notes that numerous motions and other filings have been made subsequent to plaintiff's application to proceed *in forma pauperis* [DE-2]. For the avoidance of doubt, the instant order does not have any bearing on the merits or dispositions of such motions and filings or any subsequent motions and filings.

SO ORDERED, this 6th day of May, 2024.

_____
Brian S. Meyers
United States Magistrate Judge

2