IN THE

# United States District Court for the Eastern District of North Carolina

Southern Division

| | |
|---|---|
| **ANDREW U. D. STRAW,** *Plaintiff,* | Case#: 7:23-cv-00162-BO-BM |
| | Hon. Terrence Boyle |
| v. | Judge Presiding |
| | Hon. Brian Meyers |
| **UNITED STATES OF AMERICA,** *Defendant.* | Magistrate Judge |
| | JURY TRIAL DEMANDED |

## LETTER OF CAMP LEJEUNE VICTIM SUPPORTING PLG MOTION ON SPECIFIC AND GENERAL CAUSATION

I, *Plaintiff* Andrew U. D. Straw, make this LETTER to the Court:

1. The Court is considering PLG's motion for partial summary judgment on the topic of specific and general causation.

2. I am concerned that to deny the PLG motion would cause the litigation over Camp LeJeune water to grind to a halt and make the law futile for nearly every victim who is still alive and frustrate the attorneys, causing them not to be paid also.

3. If every single person must engage experts and go through trial to establish the connection of a particular person's illnesses with the particular contaminants that were in the Camp LeJeune water, the court will still be conducting these trials 1,900 years from now.

4. If this Court wishes to avoid Camp LeJeune Justice Act, passed with a majority higher than the 14th Amendment received in both Houses of Congress, being futile in fact, the PLG counsel motion for summary judgment should be granted.
5. The government knows that if individuals are forced to prove anything besides having diseases associated with the poisons and being there long enough, this litigation has no end in sight and never will.
6. There will be a slow trickle of settlements or verdicts each year and almost every victim who is alive now will never see any money for their suffering.
7. The government knows that this trickle will mean the attorneys for the victims will basically never be paid also.
8. The law Congress passed for the relief of this **worst water contamination disaster in U.S. history** will be nullified through the causation mechanism.
9. To my mind, once a person was there for 30 days or more during the toxic water time and has a disease that is known to be associated with those toxins, that person is a valid claimant and the only issue should be the amount of damages.
10. If this Court took upon itself to create a full list of diseases presumed to be associated and let every victim have the status of "valid claimant," that would speed this along to a rapid and just conclusion.
11. The Court could just say that industrial solvents and benzene in drinking water can cause **any injury**, **any illness** to the body and mind and dispense with all the drama about who is going to be excluded.

12. If a person was injured and was there, they should be paid. It should be that simple and this would make enforcement of the CLJA into a simple matter.
13. If the Court put aside the drama about maybe excluding certain illnesses and made this **about payment for a violation of human rights** that lasted 34 years with effects lasting fully 71 years now and made this instead about *how much* each person would be paid, it could hand this off to a special master.
14. That special master could very quickly take every single condition and assign a value to that injury. There are verdicts for these injuries all across the nation and it would not be a difficult task to assign damages at amounts that are not unusual in other verdicts and settlements. Every injury should be compensated, not just the worst ones.
15. In essence, I believe the Court should turn this from a litigation into a **mechanism for compensating**. If you have an illness and you were there for enough time, you get the amount that the special master determines is proper and normal for your disease(s), or your death, all of them.
16. This is justified because the very idea that people were poisoned and left to deal with it alone for the past 71 years is outrageous and some remedy for those lies and delays needs to happen. That remedy should be that every single illness any of the victims had should be deemed associated with this poisoning.
17. I am saying cut the drama of suggesting that maybe some illnesses might not be covered. Every illness should be covered because this poisoning is inexcusable and violated the Navy's own rules that the water must be safe.

3

18. The schedule of damages could likely be generated by a legal AI in one day.

WHEREFORE, I wrote this letter not to ask for any relief but to express my concern that the decision on causation may stymie and prevent justice after these hundreds of thousands of claimants waited so long for justice and Congress agreed to provide it. Please do not withhold justice so that the victims and their lawyers get what is due without having to go back to Congress again. If they do have to go back to Congress because the federal courts have been totally unreliable and uncooperative, I hope NO LITIGATION is involved next time and the benefits are granted according to a schedule that Congress may pass. A schedule that this Court could easily implement here while dispensing with specific causation. Thank you for considering my views and this First Amendment communication.

I, Andrew U. D. Straw, verify that the above statements are true and correct on penalty of perjury.

Respectfully submitted this **17th Day of May, 2024.**

*[signature: Andrew U. D. Straw]*

Andrew U. D. Straw, *Proceeding Pro Se*
9169 W STATE ST STE 690
Garden City, ID 83714-1733
Telephone: (847) 807-5237
Email: andrew@andrewstraw.com

4

## CERTIFICATE OF SERVICE

I, Andrew U. D. Straw, certify that on this **17th Day of May, 2024**, I sent this **LETTER** to the Clerk of Court via U.S. Mail. CM/ECF will serve these documents to defendant's counsel upon scanning by the Clerk into PDF format.

Respectfully submitted,

*/s/ Andrew U. D. Straw*

s/ ANDREW U. D. STRAW
9169 W STATE ST STE 690
Garden City, ID 83714-1733
Telephone: (847) 807-5237
Email: andrew@andrewstraw.com
www.andrewstraw.com