RECEIVED

MAY 28 2024

PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC

IN THE

# United States District Court for the Eastern District of North Carolina

Southern Division

| | | |
|---|---|---|
| ANDREW U. D. STRAW,<br>*Plaintiff,* | )<br>)<br>) | Case#: 7:23-cv-00162-BO-BM |
| v. | )<br>)<br>) | Hon. Terrence Boyle<br>Judge Presiding<br>Hon. Brian Meyers |
| UNITED STATES OF AMERICA,<br>*Defendant.* | )<br>)<br>) | Magistrate Judge<br><br>JURY TRIAL DEMANDED |

### NOTICE OF *LIS PENDENS*

I, *Plaintiff* Andrew U. D. Straw, make this *LIS PENDENS* NOTICE to the Court:

1. My claims in this lawsuit have been both for illnesses inflicted on me by the toxic water of Camp LeJeune *in utero*, at my birth in the Camp LeJeune Naval Hospital in 1969, and after that as an infant totaling 19 months from 1968 to 1970.

2. My second claim, folded into the first, has been about the effects on my law career of having 6 mental illnesses from Camp LeJeune when the Indiana Supreme Court bans all people with disabilities from being lawyers. That rule is cited as: **Ind. Adm. & Disc. R. 23, Sections 2(c) & 3(b)**.

3. The government in its Answer (Dkt. 17) demanded that I try to mitigate the damage. I have been trying by asserting my Takings Clause rights to payment

for property taken when the Indiana Supreme Court suspended me for 7 years without my having committed any crime or dishonest act.

4. I cannot control how other people view me or their discrimination, in my experience. But I can try to get compensation when my property is taken away without compensation by state governments without good cause.

5. It is for this reason that I now inform the Court of my *lis pendens* in Virginia Beach Circuit Court, where I seek $5 million in property takings compensation from Indiana, *inter alia*: *Straw v. Lanier, et. al.*, CL24-1173 (Virginia Beach Cir. Ct.)

6. Those efforts represent my very real, very direct attempts to reduce the amount of money the United States must pay for poisoning me and ruining my law career, given the disciplinary attack in Indiana that removed my law licenses mentioned my Camp LeJeune mental illnesses and then ridiculed me as a civil rights lawyer and sought revenge for my own ADA complaints.

WHEREFORE, if I win that case against Indiana, I will not ask for that money to be paid again here, though I will ask all the pain and suffering that should be covered by CLJA to be provided on top of that property taking, per my USN JAG claim form. The Court and the government need to know that **I am trying to mitigate** and if I lose the case against Indiana, I should be paid here for the same amount for the takings and I fully consent to the U.S. Department of Justice seeking reimbursement from Indiana for the injuries. Every bit of injury that Indiana caused because I have mental illness from Camp LeJeune toxic water *in utero* and as an infant should be

reimbursable to DOJ *after* I am paid. Given these fact, it may well be in the interest of the U.S. Department of Justice to appear and support me in my state case in Virginia. That's up to DOJ.

I, Andrew U. D. Straw, verify that the above statements are true and correct on penalty of perjury.

Respectfully submitted this **20th Day of May, 2024**.

*[signature]*

Andrew U. D. Straw, *Proceeding Pro Se*
9169 W STATE ST STE 690
Garden City, ID 83714-1733
Telephone: (847) 807-5237
Email: andrew@andrewstraw.com

## CERTIFICATE OF SERVICE

I, Andrew U. D. Straw, certify that on this **20th Day of May, 2024**, I sent this **LETTER** to the Clerk of Court via U.S. Mail. CM/ECF will serve these documents to defendant's counsel upon scanning by the Clerk into PDF format.

Respectfully submitted,

*[signature]*

s/ ANDREW U. D. STRAW
9169 W STATE ST STE 690
Garden City, ID 83714-1733
Telephone: (847) 807-5237
Email: andrew@andrewstraw.com

www.andrewstraw.com