

Presorted
First-Class Mail
U.S. Postage Paid
C2M LLC
22202

**X-RAYED**
**CSO**



```
             * 276 NDE 1270823C0207/20/24
NOTIFY SENDER OF NEW ADDRESS
:UNITED STATES DISTRICT COURT
2 PRINCESS ST STE 131
WILMINGTON NC 28401-3958

       FWD     BC: 28401395831    *2680-02765-20-25
     28401>3958
```