769586X15X6XPRI
ANDREW U. D. STRAW
9169 W STATE ST
STE 690
Garden City, ID 83714-1733



**First Class**
Accepted:
7/13/24, 4:51 PM (EDT-04:00)

1*********************SNGLP 480

Clerk of Court
U.S. District Court, Eastern District of
1003 S 17th St
Wilmington, NC 28401-8023

## Document Information:
2 pages in the enclosed document
2 single sided sheets of paper

*This page was added by Docsmit and is not part of the document from the sender, which starts on the next page.*

IN THE

# United States District Court for the
# Eastern District of North Carolina

Southern Division

| | |
|---|---|
| ANDREW U. D. STRAW,<br>*Plaintiff,*<br><br>v.<br><br>UNITED STATES OF AMERICA,<br>*Defendant.* | Case#: 7:23-cv-00162-BO-BM<br><br>Hon. Terrence Boyle<br>Judge Presiding<br>Hon. Brian Meyers<br>Magistrate Judge<br><br>JURY TRIAL DEMANDED |

### LETTER TO COURT

I, *Plaintiff* Andrew U. D. Straw, make this LETTER to express some concerns:

1. The Court appointed 2 settlement masters.

2. One, Mr. Oprison, was formerly a captain in the USMC and **legal counsel** to the **Camp LeJeune base commander**, as well as being a former clerk to one of the 4 EDNC judges.

3. The other, Mr. Perrelli, was a very high-ranking DOJ attorney and dealt with civil matters, constitutionality of statutes, and led 100 attorneys at DOJ in that leadership role.

4. I am concerned about the FACT that the Court chose 2 very senior level former government attorneys who served the **USMC** and **DOJ** as lawyers.

5. It was my understanding that these settlement masters would have to have the same neutrality as the judges, but the Court has chosen attorneys who

have very strong ethical obligations to the defendant here built up over many years of acting as the defendant's lawyers.

WHEREFORE, it seems to me that the Court should be using settlement masters who have not *represented the defendant or the plaintiffs* before. Someone really neutral a bit removed from the matter. Thank you for considering my views.

I, Andrew U. D. Straw, verify that the above statements are true and correct on penalty of perjury.

Respectfully submitted this **13ʰ Day of July, 2024.**

*Andrew U. D. Straw*

Andrew U. D. Straw, *Proceeding Pro Se*
9169 W STATE ST STE 690
Garden City, ID 83714-1733
Telephone: (847) 807-5237
Email: andrew@andrewstraw.com

## CERTIFICATE OF SERVICE

I, Andrew U. D. Straw, certify that on this **13th Day of July, 2024**, I sent this **LETTER** to the Clerk of Court via U.S. Mail. CM/ECF will serve these documents to defendant's counsel upon scanning by the Clerk into PDF format.

Respectfully submitted,

*Andrew U. D. Straw*

s/ ANDREW U. D. STRAW
9169 W STATE ST STE 690
Garden City, ID 83714-1733
Telephone: (847) 807-5237
Email: andrew@andrewstraw.com

www.andrewstraw.com