IN THE

# United States District Court for the
# Eastern District of North Carolina

Southern Division

| | |
|---|---|
| ANDREW U. D. STRAW, *Plaintiff*, | ) Case#: 7:23-cv-00162-BO-BM )  |
| v. | ) Hon. Terrence Boyle ) Judge Presiding ) Hon. Brian Meyers |
| UNITED STATES OF AMERICA, *Defendant*. | ) Magistrate Judge ) |

### NOTICE OF CHANGE OF CONTACT INFORMATION; COUNSEL UPDATE

I, *Plaintiff* Andrew U. D. Straw, make this NOTICE to make the Court aware of my current address and contact information:

1. I now have counsel. My attorney for Camp LeJeune Justice Act compensation is Ed Bell and his law firm, Bell Legal. I will not be filing any substantive documents in this case henceforth. It was stayed in 2023 and remains that way with Ed Bell and the PLG attorneys pursuing the mass litigation that references the Short Form Complaint, **Dkt. 55** here.

2. My residence address is as follows:

   Sitio Boundary, Aniar Residence
   Mapaya III Brgy.
   San Jose, Occidental Mindoro 5101
   The Philippines

3. My USA mailing address is:

   9169 W State St # 690
   Garden City, ID 83714

4. My Philippines cellular phone number is +63-956-892-6403

5. My USA phone and voicemail are at (847) 807-5237

6. My email is andrew@andrewstraw.com

I so depose.

I, Andrew U. D. Straw, verify that the above statements are true and correct on penalty of perjury on my knowledge, information, and belief, after inquiries reasonable under the circumstances.

Respectfully submitted this 10ʰ **Day of July, 2025**.

*Andrew U. D. Straw*
Andrew U. D. Straw
9169 W STATE ST STE 690
Garden City, ID 83714-1733
Telephone: (847) 807-5237
Email: andrew@andrewstraw.com
**www.andrewstraw.com**

## CERTIFICATE OF SERVICE

I, Andrew U. D. Straw, certify that on this **10th Day of July, 2025**, I sent this **NOTICE** to the Clerk of Court via U.S. Mail. CM/ECF will serve these documents to defendant's counsel upon scanning by the Clerk into PDF format.

Respectfully submitted,

*Andrew U. D. Straw*

s/ ANDREW U. D. STRAW
9169 W STATE ST STE 690
Garden City, ID 83714-1733
Telephone: (847) 807-5237
Email: andrew@andrewstraw.com

www.andrewstraw.com